| | |
|---|---|
| Debtor 1 | **Fitzroy Simeon Lewis** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Heather Ann Lewis** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1:21-bk-00032** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:     Summarize Your Assets

| | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B.......... | $        66,644.50 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................... | $        19,400.93 |
| | 1c. Copy line 63, Total of all property on Schedule A/B..................................................... | $        86,045.43 |

### Part 2:     Summarize Your Liabilities

| | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $        161,679.78 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $        0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $        134,915.32 |
| | **Your total liabilities** | $        296,595.10 |

### Part 3:     Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $        5,246.27 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $        5,021.04 |

### Part 4:     Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ 4,585.50

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 73,577.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 73,577.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Fitzroy Simeon Lewis** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Heather Ann Lewis** |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | 1:21-bk-00032 |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

**1.1**

**889 Tulpehocken Road**
Street address, if available, or other description

**Myerstown**    **PA**    **17067-0000**
City     State     ZIP Code

**Lebanon**
County

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Value per market analysis - see attached.**
**(Co-owned with Magdalene Johnson, mother.  Magdalene owns 35% interest in the property and the Debtors own 65%)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$102,530.00** | **$66,644.50** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................=>**

| |
|---|
| **$66,644.50** |

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 | Make: | **Honda** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1  Make: **Honda**
Model: **Odyssey**
Year: **2010**
Approximate mileage: **195,000+**
Other information:

Who has an interest in the property? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$5,393.00**
Current value of the portion you own? **$5,393.00**

3.2  Make: **Toyota**
Model: **Sienna**
Year: **2001**
Approximate mileage: **250,000+**
Other information:

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$1,511.00**
Current value of the portion you own? **$1,511.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**.............................................................=> **$6,904.00**

**Part 3:**  **Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes.  Describe.....

| Furniture, appliances, tools, DVDS, books and lawn mower | $1,675.00 |

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes.  Describe.....

| TV, desktop computer and laptop | $635.00 |

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☑ No

☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

■ Yes. Describe.....

| Sewing machine and bow/arrows | $40.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| Men and women's clothing | $200.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

| Jewelry | $50.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

■ No

☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................. | **$2,600.00**

**Part 4:** **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes..................................................................................................................

|  | **Cash** | $300.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

■ Yes.......................                          Institution name:

| | | | | |
|---|---|---|---|---|
| 17.1. | **savings** | **Lebanon Federal Credit Union** | | $400.00 |
| 17.2. | **checking** | **Fulton Bank** | | $80.00 |
| 17.3. | **savings** | **PSECU** | | $2,500.00 |
| 17.4. | **savings** | **PSECU** | | $1,100.00 |
| 17.5. | **vacation** | **PSECU** | | $0.00 |
| 17.6. | **checking** | **PSECU** | | $0.00 |
| 17.7. | **checking** | **PSECU** | | $0.00 |
| 17.8. | **checking** | **Lebanon Federal Credit Union** | | $0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................              Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
                        Name of entity:                          % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
            Type of account:                  Institution name:

| | | | |
|---|---|---|---|
| **403b** | **Fulton Financial Advisors** | | $489.48 |
| **403b** | **Newport Group** | | $2,612.55 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ......................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

                                               _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
                   benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **The Cincinnati Life Insurance Company** | | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................

| | |
|---|---|
| | **$7,482.03** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe.....

41. **Inventory**

☑ No
☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Give specific information about them...................
Name of entity:                                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    ■ No.

    ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

        ■ No
        ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
    ☐ No
    ■ Yes. Give specific information.........

|  |  |
|---|---:|
| **Dust to Daylight, Inc. (non profit organization that donates funds to other non profit organization).  Dust to Daylight, Inc. is owned by the Debtors.  Since March 2019, Debtors have donated $12,604.15 to the non profit (see Statement of Financial Affairs).** <br> **The only assets owned by Dust to Daylight, Inc. are a checking and a savings account at Lebanon Federal Credit Union.  Combined checking and savings account balances on the date of filing totaled $2,414.90.** | **$2,414.90** |

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...................................................................................................... | **$2,414.90**

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| | | |
|---|---:|---:|
| 55. **Part 1: Total real estate, line 2** .............................................................................................. | | **$66,644.50** |
| 56. **Part 2: Total vehicles, line 5** | **$6,904.00** | |
| 57. **Part 3: Total personal and household items, line 15** | **$2,600.00** | |
| 58. **Part 4: Total financial assets, line 36** | **$7,482.03** | |
| 59. **Part 5: Total business-related property, line 45** | **$2,414.90** | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. **Total personal property.** Add lines 56 through 61... | **$19,400.93** | Copy personal property total ▶ **$19,400.93** |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$86,045.43** |

# IRON VALLEY

## R E A L   E S T A T E®

SELLER'S REPORT

# 889 Tulpehocken Rd, Myerstown, PA 17067





Presented by

## Nichole Shultz | REALTOR®

Work: (717) 450-7768

Main: nicholeshultz@nicholeshultzrealestate.com |
Other 1: thehicksfamily2010@gmail.com
Office: nicholeshultzrealestate.com

**Iron Valley Real Estate**
1958 Quentin Rd
Lebanon, PA 17042

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

# 889 Tulpehocken Rd, Myerstown, PA 17067



**Legend:** 🏠 Subject Property

OFF MARKET
· *Public Record*

## Current Estimated Value

# $102,530

Last RVM® Update: 11/25/2020

RVM® Est. Range: $89,202 – $115,858

RVM® Confidence: ★★★★☆

🔼 RVM® Change - Last 1 Month: $40

🔸 RVM® Change - Last 12 Months: –

*This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.*

*This report contains data and information that is publicly available and/or licensed from third parties and is provided to you on an "as is" and "as available" basis. The information is not verified or guaranteed. Neither this report nor the estimated value of a property is an appraisal of the property. Any valuation shown in this report has been generated by use of proprietary computer software that assembles publicly available property records and certain proprietary data to arrive at an approximate estimate of a property's value. Some portions of this report may have been provided by an RPR user; RPR is not responsible for any content provided by its users. RPR and its information providers shall not be liable for any claim or loss resulting from the content of, or errors or omissions in, information contained in this report.*

# Home Facts

## Home Facts

| Home Facts | Public Facts | Listing Facts | Realtor Refinements |
|---|---|---|---|
| Property Type | **Single Family Residence** | – | – |
| Property Subtype | **Single Family** | – | – |
| Bedrooms | **–** | – | – |
| Total Baths | **2** | – | – |
| Full Baths | **2** | – | – |
| Partial Baths | **–** | – | – |
| Living Area (sq ft) | **2,208** | – | – |
| Lot Size | **0.25 acres** | – | – |
| Lot Dimensions | **10890 SF** | – | – |
| Year Built | **1930** | – | – |
| Heating | **Hot Water** | – | – |
| Cooling | **None** | – | – |
| Basement | **Partial Basement** | – | – |
| Exterior Walls | **Siding (Alum/Vinyl)** | – | – |
| Number of Stories | **2+AB** | – | – |

## Homeowner Facts

| | |
|---|---|
| Owner Name (Public) | **Lewis, Fitzroy S; Lewis, Heather A; Johnson, Magdalene** |
| Mailing Address | **889 Tulpehocken Rd Myerstown PA 17067-2246** |
| Vesting | **Et al (and others)** |
| Owner Occupied | **Yes** |

RPR Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.                    12/21/2020


# Extended Home Facts



Legend: 🏠 Subject Property

---

## Interior Details

| | |
|---|---|
| **Heating Fuel Type** | Wood |

## Exterior Details

| | |
|---|---|
| **Lot Size - Square Feet** | 10890 sq ft |
| **Lot Size - Acres** | 0.250 ac |

---

## Location Details

| | |
|---|---|
| **Walkability Score** (out of 5) | Overall: 1.2 \| Amenity: 1.2 \| Leisure: 1.3 |

---

## Schools (based on location)

| | |
|---|---|
| **High School** | Eastern Lebanon County Senior High School |
| **School District** | Eastern Lebanon County School District |

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

# Property History

## Median Estimated Home Value

This chart displays property estimates for an area and a subject property, where one has been selected. Estimated home values are generated by a valuation model and are not formal appraisals.

Data Source: Valuation calculations based on public records and MLS sources where licensed

Update Frequency: Monthly

- This House
- 17067
- Lebanon County
- Pennsylvania



## Sales History

| Sales Date | Sales Amount | Price per sq. ft. |
|---|---|---|
| 3/30/2007 | $145,000 | $66 |

## Assessed Values

| Date | Improvements | Land | Total | Tax |
|---|---|---|---|---|
| 2020 | $131,200 | $32,300 | $163,500 | $3,125 |
| 2019 | $131,200 | $32,300 | $163,500 | $2,475 |
| 2018 | $131,200 | $32,300 | $163,500 | $2,414 |
| 2017 | $131,200 | $32,300 | $163,500 | – |
| 2016 | $131,200 | $32,300 | $163,500 | – |
| 2015 | $131,200 | $32,300 | $163,500 | – |
| 2014 | $131,200 | $32,300 | $163,500 | – |
| 2012 | $11,600 | $1,000 | $12,600 | $271 |
| 2011 | $11,600 | $1,000 | $12,600 | – |
| 2009 | $11,600 | $1,000 | $12,600 | – |
| 2007 | $11,600 | $1,000 | $12,600 | – |
| 2006 | $11,600 | $1,000 | $12,600 | – |

## Legal Description

| APN: | Tax ID: | Zoning: | Census Tract: | Abbreviated Description: | City/Municipality/Township: |
|---|---|---|---|---|---|
| 23-2380908-385327-0000 | – | – | 420750028.003019 | DIST:23 CITY/MUNI/TWP:JACKSON TWP CONTROL #38025087 MAP REF:MAP 075A | Myerstown, PA 17067 |

RPR Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity. 12/21/2020

## Mortgage Records

| Recording Date | **6/24/2010** | **3/30/2007** | **11/15/2005** |
|---|---|---|---|
| Borrower Name | FITZROY S LEWIS, HEATHER LEWIS | FITZROY S LEWIS, HEATHER A LEWIS | CHRISTOPHER A RUTH, TRACY L RUTH |
| Vesting Type | Joint Tenants | -- | -- |
| Lender Name | BANK OF AMERICA NA | PLAZA HOME MORTGAGE INC | JPMORGAN CHASE BANK NA |
| Lender Type | Bank | Mortgage company | Bank |
| Loan Amount | $118,000 | $29,000 | $55,200 |
| Document Number | 201008568 | 200705664 | 200522841 |
| Loan Type | New Conventional | Stand Alone Second | Credit Line (Revolving) |
| Contract Date | 6/17/2010 | 3/29/2007 | 3/5/2005 |
| Due Date | 7/1/2040 | 4/1/2037 | 4/15/2035 |
| Finance Type | -- | -- | Variable |

## Deed Records

| Recording Date | **2/16/2011** |
|---|---|
| Document Type | Intrafamily Transfer |
| Sales Price Code | Transfer Tax on document indicated as EXEMPT. |
| Buyer Name | FITZROY S LEWIS, HEATHER A LEWIS |
| Buyer ID | Husband and Wife |
| Seller Name | FITZROY S LEWIS, HEATHER A LEWIS |
| Seller ID | Husband and Wife |
| Document # | 201102421 |
| Book # | 2154 |
| Page # | 6670 |
| Contract Date | 2/11/2011 |
| Inter-family Transfer | 1 |

RPR  Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

## Sales and Financing Activity

This chart shows a property's sales and financing history. It can be used to compare the value of the property as seen by public records, such as deeds and tax records, with the estimated home value. Actions taken against the owner, such as the issuance of a Notice of Default, are noted. Sales activity, such as listing date and price reductions, are highlighted.



Data Source: Public records and proprietary data; listing data from on- and off-market listings sources

Update Frequency: Valuations are updated twice monthly; actions on the home, such as listing activity or distressed property notices, are updated daily as made available from public records sources

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity.

# Market Activity for 17067

## Estimated Home Values



<$100k  $450k  $20m

This map layer shows the average estimated home values, based on the AVMs and RVMs® for properties in an area. Source(s): Public records and MLS data where licensed; updated Quarterly.

## Market Snapshot

*Compared with Last Year: December 21, 2019 vs. December 21, 2020*

| Median Est. Home Value | Median Listing Price | Median Days in RPR | Sales Volume |
|---|---|---|---|
| **$195K** | **$241K** | **64** | **25** |
| Up 8.1% | Up 12.1% | Down -19% | Up 127.3% |

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

## Listing Price vs. Sales Price

This chart displays the average percentage difference between the listing and selling price, compared by length of time properties were for sale in this market.

Data Source: On- and off-market listings sources

Update Frequency: Monthly

- Above Listing Price
- Below Listing Price
- Number of Sales



## Average Price Adjustments

This chart displays the average percentage adjustment from the original list price, compared by length of time properties have been for sale in this market.

Data Source: On- and off-market listings sources

Update Frequency: Monthly

- Price Adjustments (+)
- Price Adjustments (-)
- Number of Price Adjustments - All Listings





Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


# Market Health Charts and Comparisons

## Median Estimated Home Value vs. Median Listing Price

This chart compares a ZIP code's median estimated home value with its median listing price. Estimated home values are generated by a valuation model and are not formal appraisals.

Data Source: Public records data; listing price data from on- and off-market listings sources

Update Frequency: Monthly



## Median Sales Price vs. Sales Volume

This chart compares the price trend and sales volume for homes in an area. Home prices typically follow sales volume, with a time lag, since sales activity is the driver behind price movements.

Data Source: Public records and listings data

Update Frequency: Monthly



Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


## Median Listing Price vs. Listing Volume

This chart compares the listing price and listing volume for homes in an area. Listing prices often follow listing volume, with a time lag, because supply can drive price movements.

Data Source: On- and off-market listings sources

Update Frequency: Monthly

■ Median List Price
■ Listing Volume



**Median List Price**

**Listing Volume**

## Listing Inventory

This chart shows the number of For Sale listings in a ZIP code.

Data Source: On- and off-market listings sources

Update Frequency: Daily

■ ZIP Count Listings by Property Type

| Property Type | Count |
|---|---|
| Single Family Residence | 36 |
| Condo/Townhouse/Apt | 4 |
| Multifamily/Multiplex | 2 |
| Lot/Land | 2 |

## Price per Bedroom of Homes Sold

This chart shows the distribution of homes reported sold in the past six months at different prices per bedroom in the area of your search. The amount shown for the subject property is sold data where available, or the property's estimated value when sales data are unavailable (such as a non-disclosure state) or provided in range format.

Data Source: Public records and MLS data where licensed

Update Frequency: Monthly

■ Comps

| Price Range | Count |
|---|---|
| $30K - $35K | 1 |

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

## Median Sales Price by Square Footage

This chart shows the median price of homes reported sold in the past six months, according to the size of the living space (square footage sourced from public records). The amount shown for the subject property is sold data where available, or the property's estimated value when sales data are unavailable (such as non-disclosure states) or provided in range format.

Data Source: Public records and MLS data where licensed

Update Frequency: Monthly

- **This House**
- **Comps**

**This House**
2,208 sq. ft. — $102,530

**Comps**
1,400 - 1,600 sq. ft. — $90,000

## Price Range of Homes Sold

This chart shows the distribution of homes reported sold in the past six months within different price ranges in the area of your search. The amount shown for the subject property is sold data where available, or the property's estimated value when sales data are unavailable (such as a non-disclosure state) or provided in range format.

Data Source: Public records data

Update Frequency: Monthly

- **This House**
- **Comps**

**This House**
$103K — 1

**Comps**
$90K - $105K — 1

## Price per Square Foot of Homes Sold

This chart shows the distribution of homes reported sold in the past six months at different prices per square foot (living area sourced from public records).

Data Source: Public records data

Update Frequency: Monthly

- **This House**
- **Comps**

**This House**
$46 — 1

**Comps**
$60 - $70 — 1

RPR Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.
12/21/2020



# Seller's Report

## Age Range of Homes Sold

This chart shows the distribution of homes reported sold in the past six months of different age ranges in the area of your search.

Data Source: Public records data

Update Frequency: Monthly



**This House**
90 yrs — 1

**Comps**
70 - 80 yrs — 1

■ This House
■ Comps

## Number of Bedrooms in Homes Sold

This chart shows the distribution of homes reported sold in the past six months, according to the number of bedrooms, in the area of your search.

Data Source: Public records data

Update Frequency: Monthly



5 — 1
4 — 1
3 — 9
2 — 3

■ Sales Count by Bedroom

## Median Days in RPR

This chart shows how long homes are listed on RPR before their status is converted to sold. The median is calculated for all homes sold in a given month.

Data Source: On- and off-market listings sources

Update Frequency: Monthly



■ 17067
■ Lebanon County
■ Pennsylvania


Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.   12/21/2020



**Seller's Report** — 889 Tulpehocken Rd, Myerstown, PA 17067

# Selected Recent Market Activity for 17067



| | Market Activity For Sale or For Lease Listings | Market Activity Pending Sales | Market Activity Sold | Market Activity Distressed | Market Activity Expired Listings |
|---|---|---|---|---|---|
| Total Number of Properties | 8 | 8 | 8 | 3 | 8 |
| Lowest Listing Price/Est. Value | $150,000 | $174,900 | $93,000 | $175,870 | $85,000 |
| Median Listing Price/Est. Value | $202,500 | $237,450 | $206,450 | $184,000 | $177,500 |
| Highest Listing Price/Est. Value | $374,900 | $274,900 | $350,000 | $197,730 | $274,900 |
| Median Living Area | 1,718.5 | 1,346 | 1,768 | 1,680 | 1,334 |
| Median Price per sq.ft. | $139 | $167 | $118 | $105 | $122 |
| Median Days in RPR | 13.5 | 69 | 61 | – | 143.5 |
| Median Age | 19 | 45 | 46 | 70 | 60 |

## Market Activity: Active

    

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 889 Tulpehocken Rd Myerstown, PA 17067 | 118 Arbor Dr Myerstown, PA 17067 | 34 Arbor Dr Myerstown, PA 17067 | 713 State Route 419 Myerstown, PA 17067 | 10 Thistle Ct Myerstown, PA 17067 |
| **Status** | 🏠 Subject Property | ① For Sale | ② For Sale | ⑧ For Sale | ④ For Sale |
| **Amount** | $102,530 Est. Value | $195,000 List Price | $210,000 List Price | $150,000 List Price | $325,000 List Price |
| **Listing Date** | – | 12/20/2020 | 12/19/2020 | 12/16/2020 | 12/4/2020 |
| **Days in RPR** | – | 1 | 2 | 5 | 17 |
| **Price Per Sq. Ft.** | $46 | $113 | $128 | $109 | $186 |
| **Bedrooms** | – | 2 | 3 | 3 | 3 |
| **Total Baths** | 2 | 2 | 2 | 1 | 3 |
| **Partial Baths** | – | – | – | – | 1 |
| **Total Rooms** | – | – | – | – | 7 |
| **Living Area** | 2,208 | 1,721 | 1,636 | 1,372 | 1,746 |
| **Lot Size** | 0.25 acres | 10,454 sq ft | 8,712 sq ft | 6,098 sq ft | 0.42 acres |
| **Year Built** | 1930 | 2004 | 1998 | 1940 | 2011 |
| **Living Area Range (low)** | – | – | – | – | – |
| **Living Area Range (high)** | – | – | – | – | – |
| **Property Type** | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **Property Subtype** | Single Family | Free Standing | Free Standing | Free Standing | Free Standing |
| **MLS ID** | – | PALN117320 | PALN117312 | PALN117114 | PABK371208 |
| **Listing Broker** | – | Listing Courtesy of Coldwell Banker Residential Brokerage-Cleona | Listing Courtesy of Coldwell Banker Residential Brokerage-Cleona | Listing Courtesy of Charthouse Realty, Inc. | Listing Courtesy of Century 21 Gold |
| **Description** | | Well maintained one level home in myerstownâs desirable 55+ active community of arbor gate. This one owner home offers over 1,700 sq feet of living space and as you enter the home from the covered front porch youâll find an inviting open floor plan. This home features a bright roomy kitchen with lots of cabinets, a living room with cozy gas fireplace, a formal dining room that could also be used as a family or sitting room, a laundry room, 2 bedrooms and 2 full baths. The spacious master bedroom features a cathedral ceiling and double walk-in closets along with a bath that includes a soaking tub and shower. The 2nd bedroom also has a walk-in… | Welcome to this single story home situated in the desirable 55+ community of arbor gate where you can enjoy total relaxation.â this exceptionally well cared for home has 3 bedrooms, 2 full baths, enclosed 4 season room, and a screened in deck overlooking a beautifulâview.â when it's cold and snowing, cozy-up by the corner fireplace in the spacious great room with cathedral ceilings or savor the sights through the windows of the enclosed 4 season room also adorning high ceilings.â moving into the kitchen, cook on the stainless steel built-in range & built- in microwave,â grab your ingredients from the stainless refrigerator, place them on the… | | You will love this 2-story, 3 bedroom, 2 and 1/2 bath colonial with expanded floor plan. The owners had the builder add an additional 4 feet to the footprint of the home when built. Entering the foyer from the covered front porch you have the formal dining room to the left and the large living room to the right. From either the living room or dining room you move into the large eat-in country kitchen with plenty of cabinet space and lots of countertop work area. Sliding glass doors in the kitchen lead out to a large deck perfect for relaxing and grilling. The laundry/mud room is conveniently located off the kitchen and provides inter… |

Highlighted fields were changed by agent to reflect knowledge of this property.

RPR Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity. 12/21/2020

## Market Activity: Active

   

| | 889 Tulpehocken Rd Myerstown, PA 17067 | 77 Clover Dr Myerstown, PA 17067 | 444 Stracks Dam Rd Myerstown, PA 17067 | 7676 Lancaster Ave Myerstown, PA 17067 |
|---|---|---|---|---|
| **Address** | 889 Tulpehocken Rd Myerstown, PA 17067 | 77 Clover Dr Myerstown, PA 17067 | 444 Stracks Dam Rd Myerstown, PA 17067 | 7676 Lancaster Ave Myerstown, PA 17067 |
| **Status** | 🟡 Subject Property | 🆂 For Sale | 🆂 For Sale | 🇿 For Sale |
| **Amount** | $102,530 Est. Value | $374,900 List Price | $185,000 List Price | $276,900 List Price |
| **Listing Date** | – | 12/4/2020 | 11/8/2020 | 11/6/2020 |
| **Days in RPR** | – | 17 | 43 | 45 |
| **Price Per Sq. Ft.** | $46 | $191 | $149 | $154 |
| **Bedrooms** | – | 3 | 3 | – |
| **Total Baths** | 2 | 3 | 1 | – |
| **Partial Baths** | – | 1 | – | – |
| **Total Rooms** | – | – | – | – |
| **Living Area** | 2,208 | 1,960 | 1,240 | 1,800 |
| **Lot Size** | 0.25 acres | 0.33 acres | 0.5 acres | – |
| **Year Built** | 1930 | 2019 | 1956 | 2020 |
| **Living Area Range (low)** | – | – | – | – |
| **Living Area Range (high)** | – | – | – | – |
| **Property Type** | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **Property Subtype** | Single Family | Free Standing | Free Standing | Free Standing |
| **MLS ID** | – | PABK371130 | PALN116640 | PABK366864 |
| **Listing Broker** | – | Listing Courtesy of Pagoda Realty & Property Management | Listing Courtesy of RE/MAX Of Lebanon County | Listing Courtesy of Pagoda Realty & Property Management |
| **Description** | | | Welcome to a well maintained ranch home featuring 3 bedrooms, bath, kitchen, living room and family room with propane fireplace, and attached 2 car garage. Home a large deck and concrete stamped patio. Home sits on a half acre of land with 2 sheds. Roof has been replaced in 2009 and replacement windows installed too. | |

Highlighted fields were changed by agent to reflect knowledge of this property.

# 118 Arbor Dr, Myerstown, PA 17067





LEGEND: 🏠 Subject Property  🏠 This Listing

 **FOR SALE**
· New, Active: 12/20/2020

**List Price**

## $195,000

List Date: 12/20/2020
Days in RPR: 1

**Current Estimated Value**

## $184,490

Last RVM® Update: 11/25/2020
RVM® Est. Range:
**$160,507 – $208,473**
RVM® Confidence:

★★★★☆

 RVM® Change
Last 1 Month: **$1,300**

RVM® Change
Last 12 Months: **8.38%**

Well maintained one level home
in Myerstownâs desirable 55+
active community of Arbor Gate.
This one owner home offers over
1,700 sq feet of living space and
as you enter the home from the
covered front porch youâll find an
inviting open floor plan. This
home features a bright roomy
kitchen with lo…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | Single Family Residence |
| Property Subtype | **Single Family** | **Free Standing** |
| Bedrooms | – | **2** |
| Total Baths | **2** | **2** |
| Full Baths | **2** | **2** |
| Partial Baths | – | – |
| Living Area (sq ft) | **1,721** | 1,721 |
| Lot Size | **10,454 sq ft** | – |
| Lot Dimensions | **10454 SF** | – |
| Garage | – | **Garage - Front Entry** |
| Garage (spaces) | – | **2** |
| Year Built | **2004** | 2004 |
| Heating | **Forced Air Unit** | **Other** |
| Cooling | **Central** | **Central Air Conditioning** |
| Fireplaces | **1** | 1 |
| Basement | **Basement** | **No** |
| Foundation | **Slab** | – |
| Construction | – | **Vinyl Siding, Stone** |
| Exterior Walls | **Siding (Alum/Vinyl)** | – |
| Number of Stories | **1 story with Basement** | 1 |

*Listing Courtesy of Coldwell Banker Residential Brokerage-Cleona*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

# 34 Arbor Dr, Myerstown, PA 17067





LEGEND: 🏠 Subject Property 🏠 This Listing



**🏠 FOR SALE**
· New, Active: 12/19/2020

### List Price
## $210,000
List Date: 12/19/2020
Days in RPR: 2

### Current Estimated Value
## $181,120
Last RVM® Update: 11/25/2020
RVM® Est. Range:
**$164,820 – $197,420**
RVM® Confidence:
★★★★★
🔼 RVM® Change
Last 1 Month: **$1,290**
🔼 RVM® Change
Last 12 Months: **5.36%**

Welcome to this single story home situated in the desirable 55+ community of Arbor Gate where you can enjoy total relaxation.Â This exceptionally well cared for home has 3 bedrooms, 2 full baths, enclosed 4 season room, and a screened in deck overlooking a beautifulÂview.Â When it's cold and snowin…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Free Standing |
| Bedrooms | – | 3 |
| Total Baths | 2 | 2 |
| Full Baths | 2 | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,636 | 1,636 |
| Lot Size | 8,712 sq ft | – |
| Lot Dimensions | 8712 SF | – |
| Garage | – | Garage - Front Entry, Garage Door Opener |
| Garage (spaces) | – | 2 |
| Year Built | 1998 | 1998 |
| Roofing | – | Architectural Shingle |
| Heating | Forced Air Unit | Forced Air |
| Cooling | Central | Central Air Conditioning |
| Fireplaces | – | 1 |
| Basement | Full Basement | Full |
| Construction | – | Vinyl Siding, Brick/Veneer |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Stories | 1 story with Basement | 1 |

*Listing Courtesy of Coldwell Banker Residential Brokerage-Cleona*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity. 🏠

Case 1:21-bk-00032-HWV   Doc 10   Filed 01/18/21   Entered 01/18/21 13:59:18   Desc
Main Document   Page 27 of 110

# 713 State Route 419, Myerstown, PA 17067





LEGEND: 🏠 Subject Property 🏠 This Listing

⊕ FOR SALE
· New, Active: 12/16/2020

**List Price**

## $150,000

List Date: 12/16/2020
Days in RPR: 5

**Current Estimated Value**

## $96,000

Last AVM Update: 11/25/2020

AVM Est. Range:
**$67,200 – $124,800**

AVM Confidence:

★☆☆☆☆

🟡 AVM Change
Last 1 Month: –

🔻 AVM Change
Last 12 Months: **-34.24%**

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | Single Family Residence |
| Property Subtype | **Single Family** | Free Standing |
| Bedrooms | – | 3 |
| Total Baths | 1 | 1 |
| Full Baths | 1 | 1 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,372 | 1,372 |
| Lot Size | **6,098 sq ft** | 6,098 sq ft |
| Lot Dimensions | 6098 SF | – |
| Garage | – | Oversized, Inside Access, Built In |
| Garage (spaces) | – | 2 |
| Year Built | 1940 | 1940 |
| Roofing | – | Metal |
| Heating | Hot Water | Hot Water |
| Cooling | None | None |
| Basement | Partial Basement | Partial |
| Construction | – | Vinyl Siding |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Stories | – | 2 |

*Listing Courtesy of Charthouse Realty, Inc.*

# 10 Thistle Ct, Myerstown, PA 17067





LEGEND: 🏠 Subject Property ⦿ This Listing


**FOR SALE**
· New, Active: 12/4/2020

**List Price**
## $325,000
List Date: 12/4/2020
Days in RPR: 17

**Current Estimated Value**
## $253,170
Last RVM® Update: 11/25/2020
RVM® Est. Range:
**$227,853 – $278,487**
RVM® Confidence:
★★★★★
▼ RVM® Change
Last 1 Month: **-$850**
▲ RVM® Change
Last 12 Months: **3.51%**

You will love this 2-story, 3 bedroom, 2 and 1/2 bath Colonial with expanded floor plan. The owners had the builder add an additional 4 feet to the footprint of the home when built. Entering the foyer from the covered front porch you have the formal dining room to the left and the large living…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Free Standing |
| Bedrooms | 3 | 3 |
| Total Baths | 3 | 3 |
| Full Baths | 2 | 2 |
| Partial Baths | 1 | 1 |
| Living Area (sq ft) | 1,746 | 1,746 |
| Lot Size | 0.42 acres | 0.42 acres |
| Lot Dimensions | 18295 SF | 0.00 x 0.00 |
| Basement (sq ft) | – | 700 |
| Garage | – | Inside Access, Garage - Front Entry |
| Garage (spaces) | – | 2 |
| Year Built | 2011 | 2011 |
| Total Rooms | 7 | – |
| Roofing | – | Pitched, Shingle |
| Heating | Heat Pump | Forced Air |
| Cooling | Central | Central Air Conditioning |
| Basement | Full Basement | Full, Fully Finished |
| Construction | – | Vinyl Siding, Stone |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Stories | 2 story with Basement | 2 |

*Listing Courtesy of Century 21 Gold*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity.



# 77 Clover Dr, Myerstown, PA 17067





LEGEND: 🏠 Subject Property ● This Listing

**FOR SALE**
· New, Active: 12/4/2020

**List Price**
## $374,900
List Date: 12/4/2020
Days in RPR: 17

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Lot/Land | Single Family Residence |
| Property Subtype | Under Construction | Free Standing |
| Bedrooms | – | 3 |
| Total Baths | – | 3 |
| Full Baths | – | 2 |
| Partial Baths | – | 1 |
| Living Area (sq ft) | – | 1,960 |
| Lot Size | 0.33 acres | 0.33 acres |
| Lot Dimensions | 14375 SF | – |
| Garage | – | Garage - Front Entry |
| Garage (spaces) | – | 2 |
| Year Built | – | 2019 |
| Roofing | – | Composite, Shingle |
| Heating | – | Forced Air, Heat Pump-Elec Backup |
| Cooling | – | Central Air Conditioning |
| Basement | – | Full |
| Construction | – | Stick Built, Vinyl Siding |
| Number of Stories | – | 2 |

*Listing Courtesy of Pagoda Realty & Property Management*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity. 12/21/2020


# 444 Stracks Dam Rd, Myerstown, PA 17067





LEGEND: 🏠 Subject Property 🏠 This Listing

 **FOR SALE**
· Active: 11/8/2020

**List Price**

## $185,000

List Date: 11/8/2020
Days in RPR: 43
Last Price Update: 11/19/2020

**Current Estimated Value**

## $181,830

Last RVM® Update: 11/25/2020

RVM® Est. Range:
**$165,466 – $198,194**

RVM® Confidence:
★★★★★

⬆ RVM® Change
Last 1 Month: **$40,570**

⬆ RVM® Change
Last 12 Months: **21.53%**

Welcome to a well maintained ranch home featuring 3 bedrooms, bath, kitchen, living room and family room with propane fireplace, and attached 2 car garage. Home a large deck and concrete stamped patio. Home sits on a half acre of land with 2 sheds. Roof has been replaced in 2009 and replacement…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Free Standing |
| Bedrooms | – | 3 |
| Total Baths | 1 | 1 |
| Full Baths | 1 | 1 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,240 | 1,240 |
| Lot Size | 0.5 acres | 0.5 acres |
| Lot Dimensions | 21780 SF | – |
| Garage | – | Garage - Front Entry |
| Garage (spaces) | – | 2 |
| Year Built | 1956 | 1956 |
| Roofing | – | Shingle |
| Heating | Hot Water | Hot Water |
| Cooling | None | Wall Unit |
| Fireplaces | 1 | 1 |
| Basement | Full Basement | Full |
| Foundation | – | Block |
| Construction | – | Vinyl Siding |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Stories | 1 story with Basement | 1 |

*Listing Courtesy of RE/MAX Of Lebanon County*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

# 7676 Lancaster Ave, Myerstown, PA 17067





LEGEND: 🏠 Subject Property  🏠 This Listing

**FOR SALE**
· Active: 11/6/2020

**List Price**
## $276,900
List Date: 11/6/2020
Days in RPR: 45

## Home Facts

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | – | Single Family Residence |
| Property Subtype | – | Free Standing |
| Bedrooms | – | – |
| Total Baths | – | – |
| Full Baths | – | – |
| Partial Baths | – | – |
| Living Area (sq ft) | – | 1,800 |
| Lot Size | – | – |
| Garage | – | Garage - Front Entry |
| Garage (spaces) | – | 2 |
| Year Built | – | 2020 |
| Roofing | – | Pitched |
| Heating | – | Heat Pump-Elec Backup |
| Cooling | – | Central Air Conditioning |
| Construction | – | Stick Built |
| Number of Stories | – | 2 |

*Listing Courtesy of Pagoda Realty & Property Management*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.  12/21/2020

## Market Activity: Pending

    

| | 889 Tulpehocken Rd Myerstown, PA 17067 | 280 Daub Rd Myerstown, PA 17067 | 519 W Lincoln Ave Myerstown, PA 17067 | 466 E Main Ave Myerstown, PA 17067 | 39 Wheatland Dr Myerstown, PA 17067 |
|---|---|---|---|---|---|
| Address | **889 Tulpehocken Rd Myerstown, PA 17067** | **280 Daub Rd Myerstown, PA 17067** | **519 W Lincoln Ave Myerstown, PA 17067** | **466 E Main Ave Myerstown, PA 17067** | **39 Wheatland Dr Myerstown, PA 17067** |
| Status | 🟡 Subject Property | 8️⃣ Pending | 9️⃣ Pending | 🔟 Pending | 1️⃣1️⃣ Pending |
| Amount | $102,530 Est. Value | $175,000 List Price | $219,900 List Price | $274,900 List Price | $270,500 List Price |
| Offer Amount | – | – | – | – | – |
| Listing Date | – | 11/6/2020 | 12/7/2020 | 10/5/2020 | 12/4/2020 |
| List/Offer Ratio | – | – | – | – | – |
| Days in RPR | – | 45 | 14 | 77 | 17 |
| Price Per Sq. Ft. | $46 | $120 | $175 | $132 | $184 |
| Bedrooms | – | 3 | 3 | 2 | 4 |
| Total Baths | 2 | 1 | 1 | 2 | 3 |
| Partial Baths | – | – | – | 1 | – |
| Total Rooms | – | 6 | – | – | – |
| Living Area | 2,208 | 1,456 | 1,258 | 2,081 | 1,472 |
| Lot Size | 0.25 acres | 0.95 acres | 0.61 acres | 1.47 acres | 1.33 acres |
| Year Built | 1930 | 1975 | 1952 | 1992 | 2002 |
| Living Area Range (low) | – | – | – | – | – |
| Living Area Range (high) | – | – | – | – | – |
| Property Type | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Free Standing | Free Standing | Free Standing | Free Standing |
| MLS ID | – | PABK366836 | PALN116682 | PALN116078 | PALN117064 |
| Listing Broker | – | Listing Courtesy of Cavalry Realty LLC | Listing Courtesy of Bering Real Estate Co. | Listing Courtesy of Charthouse Realty, Inc. | Listing Courtesy of Howard Hanna Krall Real Estate |
| Description | | Upcoming auction. This 3 bedroom 1 bath home sits on approx. 1 acre of beautifully hard scaped land. Home features a 12'x23' sun room, new roof in 2014, a full basement, wood stove available plus a 24'x44' barn with 2 horse stalls. Propane back up generator at 10,000k. Auction is saturday december 12th at 1pm. Terms are 10% down and close within 45 days. Open house dates are 11/14 and 11/21 from 12 noon to 2pm. | Very well maintained brick home in myerstown! 2 bedrooms and 1 bath on main floor with a possible 3rd bedroom on the 2nd floor. Partially finished basement with family room and bar area, perfect for entertaining! this property also features a very large detached garage with a 2nd floor for storage. Plenty of room for parking here! | | Important: multiple offers have come in. Offer deadline is: tuesday, december 8, 6pm. Agents please email your clients offer to joyburt@howardhanna. com listing agent will present all offers on 12/8 at 7:00pm. 1.33 acres in wheatland manor! 39 wheatland is located in a cul-de-sac and has a massive lot that runs clear through to the tree line at the rear. Tiny stream runs near the center of the lot. Enjoy wildlife in your own back yard, deer, ducks, blue heron, etc. This home was built by kreiser construction in 2002. 4 bedrooms (1 bedroom is in the basement) and 3 full baths. Convenient upper level laundry closet. The lowe… |

Highlighted fields were changed by agent to reflect knowledge of this property.

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity.


## Market Activity: Pending

| |  |  |  |  |  |
|---|---|---|---|---|---|
| Address | 889 Tulpehocken Rd Myerstown, PA 17067 | 491 Houtztown Rd Myerstown, PA 17067 | 525 W Washington Ave Myerstown, PA 17067 | 521 W Washington Ave Myerstown, PA 17067 | 18 Clover Dr, Lot 87 Myerstown, PA 17067 |
| Status | 💛 Subject Property | Pending | Pending | Pending | Pending |
| Amount | $102,530 Est. Value | $250,000 List Price | $224,900 List Price | $174,900 List Price | $259,405 List Price |
| Offer Amount | – | – | – | – | – |
| Listing Date | – | 9/27/2020 | 10/13/2020 | 10/13/2020 | 2/15/2020 |
| List/Offer Ratio | – | – | – | – | – |
| Days in RPR | – | 85 | 69 | 69 | 310 |
| Price Per Sq. Ft. | $46 | $223 | $167 | $146 | – |
| Bedrooms | – | 2 | 4 | 2 | 2 |
| Total Baths | 2 | 2 | 1 | 1 | 2 |
| Partial Baths | – | 1 | – | – | – |
| Total Rooms | – | – | – | – | – |
| Living Area | 2,208 | 1,120 | 1,346 | 1,196 | – |
| Lot Size | 0.25 acres | 1.03 acres | 0.36 acres | 0.69 acres | 0.00 x 0.00 |
| Year Built | 1930 | 1976 | 1966 | 1963 | – |
| Living Area Range (low) | – | – | – | – | – |
| Living Area Range (high) | – | – | – | – | – |
| Property Type | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Free Standing | Free Standing | Free Standing | Free Standing |
| MLS ID | – | PALN115738 | PALN116274 | PALN116270 | PABK353808 |
| Listing Broker | – | Listing Courtesy of Iron Valley Real Estate | Listing Courtesy of Coldwell Banker Residential Brokerage-Cleona | Listing Courtesy of Coldwell Banker Residential Brokerage-Cleona | Listing Courtesy of Pagoda Realty & Property Management |
| Description | | Welcome to your own private paradise! 491 houtztown road rests on over an acre of land and is zoned for residential/commerci al use. Built by the seller, this home features 2 bedrooms, 1.5 bathroom, and attached 2 car garage. The living room is warmed by a wood fireplace with brick surround and bay window provides lots of natural light. The kitchen has been updated with stylish tile flooring, replacement countertops, and tons of attractive cabinetry. A bedroom was converted to make a spa-like bathroom complete with stand up shower and corner whirlpool tub. Central air, replacement windows throughout, and backup generator are just a few… | Welcome home! look no further you found what you have been looking for. 4 bedroom, 1 bath, brick ranch in rural setting with 2 car attached garage and 1 car detached garage/workshop | 2 bedroom ranch in rural myerstown location this will make a great starter home, also great for someone downsizing to one floor living. 1 car garage, large shed, partially finished lower level, and large yard | ***builder incentive. Next 3 homes under contract to be built will receive 50% off all options/upgrades up to a $15,000 value.*** tour the model home located at 16 meadowlark lane (aka 77 clover ct) myerstown, pa 17067 by appointment only. All other multi-listed homes are to-be-built. Welcome to alden homes newest neighborhood~ mountain meadows. Offering smart homes and innovative designs. Single homes starting in the mid 200~s. A gorgeous setting for your next dream home. Alden homes has been building handcrafted homes for over 25 years. They pride themselves on pioneering ahead in contemporary architecture yet maintaining a traditional out… |

Highlighted fields were changed by agent to reflect knowledge of this property.

RPR — Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity. 12/21/2020

# 280 Daub Rd, Myerstown, PA 17067





LEGEND: 🏠 Subject Property 🏁 This Listing

 **PENDING**

· Pending as of 12/14/2020

**List Price**

## $175,000

List Date: 11/6/2020
Days in RPR: 45

**Current Estimated Value**

## $187,880

Last RVM® Update: 11/25/2020

RVM® Est. Range:
**$170,971 – $204,789**

RVM® Confidence:
★★★★★

🔻 RVM® Change
Last 1 Month: **-$44,010**

🔺 RVM® Change
Last 12 Months: –

Upcoming Auction. This 3 bedroom 1 bath home sits on approx. 1 acre of beautifully hard scaped land. Home features a 12'x23' sun room, new roof in 2014, a full basement, wood stove available plus a 24'x44' barn with 2 horse stalls. Propane back up generator at 10,000K. Auction is Saturday Dece…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Free Standing |
| Bedrooms | 3 | 3 |
| Total Baths | 1 | 1 |
| Full Baths | 1 | 1 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,456 | 1,456 |
| Lot Size | 0.95 acres | 0.95 acres |
| Lot Dimensions | 41382 SF | 0.00 x 0.00 |
| Garage | – | Garage - Front Entry |
| Garage (spaces) | – | 3 |
| Year Built | 1975 | 1975 |
| Total Rooms | 6 | – |
| Roofing | – | Shingle |
| Heating | Radiant | Electric Baseboard Heat, Heat Pump-Elec Backup |
| Cooling | Central | Central Air Conditioning |
| Basement | Full Basement | Full |
| Construction | – | Vinyl Siding, Aluminum Siding, Frame |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Stories | 1 story with Basement | 1 |

*Listing Courtesy of Cavalry Realty LLC*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity.

# 519 W Lincoln Ave, Myerstown, PA 17067





LEGEND: 🏠 Subject Property  🏠 This Listing

  PENDING
· Pending as of 12/12/2020

**List Price**

## $219,900

List Date: 12/7/2020
Days in RPR: 14

**Current Estimated Value**

## $194,800

Last RVM® Update: 11/25/2020

RVM® Est. Range:
**$165,580 – $224,020**

RVM® Confidence:
★★★★☆

⬆ RVM® Change
Last 1 Month: **$3,870**

⬆ RVM® Change
Last 12 Months: –

Very well maintained brick home in Myerstown! 2 bedrooms and 1 bath on main floor with a possible 3rd bedroom on the 2nd floor. Partially finished basement with family room and bar area, perfect for entertaining! This property also features a very large detached garage with a 2nd floor for storag…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Free Standing |
| Bedrooms | – | 3 |
| Total Baths | 1 | 1 |
| Full Baths | 1 | 1 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,258 | 1,258 |
| Lot Size | 0.61 acres | 0.61 acres |
| Lot Dimensions | 26572 SF | – |
| Basement (sq ft) | – | 330 |
| Garage | – | Additional Storage |
| Garage (spaces) | – | 2 |
| Year Built | 1952 | 1952 |
| Heating | Forced Air Unit | Other |
| Cooling | Central | Central Air Conditioning |
| Basement | Improved Basement (Finished) | Full |
| Construction | – | Brick |
| Exterior Walls | Brick | – |
| Number of Stories | 1+AB | 2 |

*Listing Courtesy of Bering Real Estate Co.*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


# 466 E Main Ave, Myerstown, PA 17067





LEGEND: 🏠 Subject Property 🏠 This Listing

 **PENDING**

*Pending as of 12/11/2020*

**List Price**

## $274,900

List Date: 10/5/2020
Days in RPR: 77

**Current Estimated Value**

## $280,270

Last RVM® Update: 11/25/2020

RVM® Est. Range:
**$266,257 – $294,283**

RVM® Confidence:

★★★★★

🔻 RVM® Change
Last 1 Month: **-$6,010**

🔻 RVM® Change
Last 12 Months: **-6.1%**

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | Single Family Residence |
| Property Subtype | **Single Family** | Free Standing |
| Bedrooms | **–** | 2 |
| Total Baths | **3** | 2 |
| Full Baths | **2** | 2 |
| Partial Baths | **1** | – |
| Living Area (sq ft) | **2,081** | 2,081 |
| Lot Size | **1.47 acres** | 1.47 acres |
| Lot Dimensions | **1.470 AC** | – |
| Garage | **Yes** | Oversized, Built In, Side Entry Garage |
| Garage (spaces) | **1** | 2 |
| Year Built | **1992** | 1992 |
| Roofing | **–** | Asphalt |
| Heating | **Forced Air Unit** | Other |
| Cooling | **Central** | Central Air Conditioning |
| Fireplaces | **1** | 1 |
| Basement | **Full Basement** | Full |
| Construction | **–** | Log |
| Exterior Walls | **Log** | – |
| Number of Stories | **–** | 2 |

*Listing Courtesy of Charthouse Realty, Inc.*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

# 39 Wheatland Dr, Myerstown, PA 17067





LEGEND: 🏠 Subject Property ● This Listing

## Home Facts



**PENDING**

- Pending as of 12/9/2020

### List Price

## $270,500

List Date: 12/4/2020
Days in RPR: 17
Last Price Update: 12/9/2020

### Current Estimated Value

## $222,600

Last RVM® Update: 11/25/2020

RVM® Est. Range:
$200,340 – $244,860

RVM® Confidence:
★★★★★

⬆ RVM® Change
Last 1 Month: $1,850

⬆ RVM® Change
Last 12 Months: 3.44%

IMPORTANT: MULTIPLE OFFERS HAVE COME IN. OFFER DEADLINE IS: TUESDAY, DECEMBER 8, 6PM. AGENTS PLEASE EMAIL YOUR CLIENTS OFFER TO joyburt@howardhanna.com LISTING AGENT WILL PRESENT ALL OFFERS ON 12/8 AT 7:00PM. 1.33 ACRES in Wheatland Manor! 39 Wheatland is located in a cul-de-sac and has a…

|  | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Free Standing |
| Bedrooms | – | 4 |
| Total Baths | 2 | 3 |
| Full Baths | 2 | 3 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,472 | 1,472 |
| Lot Size | 1.33 acres | 1.33 acres |
| Lot Dimensions | 1.330 AC | 69 frontage |
| Basement (sq ft) | – | 500 |
| Garage | – | Garage - Front Entry, Garage Door Opener, Inside Access |
| Garage (spaces) | – | 2 |
| Pool | – | Above Ground |
| Year Built | 2002 | 2002 |
| Roofing | – | Composite |
| Heating | Forced Air Unit | Forced Air |
| Cooling | Central | Central Air Conditioning |
| Fireplaces | 1 | 1 |
| Basement | Full Basement | Full, Heated, Improved, Interior Access, Outside Entrance, Partially Finished, Walkout Level, Windows |
| Construction | – | Vinyl Siding |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Stories | 2 story with Basement | 2 |

*Listing Courtesy of Howard Hanna Krall Real Estate*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

# 491 Houtztown Rd, Myerstown, PA 17067





LEGEND: 🏠 Subject Property   🏠 This Listing

**🏷 PENDING**

*Pending as of 12/9/2020*

**List Price**

## $250,000

List Date: 9/27/2020
Days in RPR: 85
Last Price Update: 11/30/2020

Welcome to your own private paradise! 491 Houtztown Road rests on over an acre of land and is zoned for residential/commercial use. Built by the seller, this home features 2 bedrooms, 1.5 bathroom, and attached 2 car garage. The living room is warmed by a wood fireplace with brick surround and bay…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Other Residential | Single Family Residence |
| Property Subtype | Commercial/Office/Residential (mixed use) | Free Standing |
| Bedrooms | – | 2 |
| Total Baths | – | 2 |
| Full Baths | – | 1 |
| Partial Baths | – | 1 |
| Living Area (sq ft) | 1,120 | 1,120 |
| Lot Size | 1.03 acres | 1.03 acres |
| Lot Dimensions | 1.030 AC | – |
| Garage | Yes | Basement Garage |
| Garage (spaces) | 2 | 4 |
| Pool | | In Ground |
| Year Built | 1976 | 1976 |
| Roofing | | Shingle |
| Heating | Forced Air Unit | Forced Air |
| Cooling | Central | Central Air Conditioning, Ceiling Fans |
| Fireplaces | 1 | 1 |
| Basement | Full Basement | Garage Access, Sump Pump, Waterproofing System |
| Foundation | Slab | – |
| Construction | – | Block, Vinyl Siding |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Buildings | 2 | – |
| Number of Stories | 1 story with Basement | 1 |

*Listing Courtesy of Iron Valley Real Estate*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

12/21/2020

# 525 W Washington Ave, Myerstown, PA 17067





LEGEND: 🏠 Subject Property ★ This Listing

 **PENDING**
· *Pending as of 11/6/2020*

## List Price

### $224,900
List Date: 10/13/2020
Days in RPR: 69
Last Price Update: 10/21/2020

## Current Estimated Value

### $213,140
Last RVM® Update: 11/25/2020

RVM® Est. Range:
**$196,089 – $230,191**

RVM® Confidence:
★★★★★

🔻 RVM® Change
Last 1 Month: **-$260**

🔺 RVM® Change
Last 12 Months: **15.69%**

Welcome home! Look no further You found what you have been looking for. 4 Bedroom, 1 Bath, Brick ranch in rural setting with 2 car attached garage and 1 car detached garage/workshop

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Free Standing |
| Bedrooms | – | 4 |
| Total Baths | 1 | 1 |
| Full Baths | 1 | 1 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,346 | 1,346 |
| Lot Size | 0.36 acres | 0.36 acres |
| Lot Dimensions | 15682 SF | – |
| Basement (sq ft) | – | 673 |
| Garage | – | Garage Door Opener |
| Garage (spaces) | – | 3 |
| Year Built | 1966 | 1966 |
| Roofing | – | Shingle |
| Heating | Hot Water | Hot Water |
| Cooling | None | Central Air Conditioning |
| Basement | Improved Basement (Finished) | Full |
| Construction | – | Brick |
| Exterior Walls | Brick | – |
| Number of Stories | 1 story with Basement | 1 |

*Listing Courtesy of Coldwell Banker Residential Brokerage-Cleona*

# 521 W Washington Ave, Myerstown, PA 17067





LEGEND: 🏠 Subject Property   🏠 This Listing

 PENDING
· *Pending as of 11/6/2020*

## List Price
### $174,900
List Date: 10/13/2020
Days in RPR: 69
Last Price Update: 10/21/2020

## Current Estimated Value
### $172,470
Last RVM® Update: 11/25/2020

RVM® Est. Range:
**$156,948 – $187,992**
RVM® Confidence:
★★★★★

🔻 RVM® Change
Last 1 Month: **-$90**

🔺 RVM® Change
Last 12 Months: **8.39%**

2 Bedroom Ranch in rural Myerstown location This will make a great starter home, also great for someone downsizing to one floor living. 1 car garage, Large shed, Partially finished lower level, and large yard

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | Single Family Residence |
| Property Subtype | **Single Family** | Free Standing |
| Bedrooms | – | 2 |
| Total Baths | 1 | 1 |
| Full Baths | 1 | 1 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,196 | 1,196 |
| Lot Size | 0.69 acres | 0.69 acres |
| Lot Dimensions | 30056 SF | – |
| Basement (sq ft) | – | 540 |
| Garage | – | Garage Door Opener |
| Garage (spaces) | – | 1 |
| Year Built | 1963 | 1963 |
| Heating | Hot Water | Hot Water |
| Cooling | None | Window Units |
| Basement | **Full Basement** | **Full, Partially Finished** |
| Construction | | Brick |
| Exterior Walls | Brick | – |
| Number of Stories | **1 story with Basement** | 1 |

*Listing Courtesy of Coldwell Banker Residential Brokerage-Cleona*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.   12/21/2020

# 18 Clover Dr, Lot 87, Myerstown, PA 17067





**LEGEND:** 🏠 Subject Property | 🏠 This Listing

**PENDING**
- *Pending as of 11/6/2020*

## List Price

## $259,405

List Date: 2/15/2020
Days in RPR: 310
Last Price Update: 11/6/2020

***BUILDER INCENTIVE. Next 3 homes under contract to be built will receive 50% off all options/upgrades up to a $15,000 value.*** Tour the model home located at 16 Meadowlark Lane (AKA 77 Clover Ct) Myerstown, PA 17067 by appointment only. All other multi-listed homes are to-be-built. Welcome to Al…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | – | Single Family Residence |
| Property Subtype | – | Free Standing |
| Bedrooms | – | 2 |
| Total Baths | – | 2 |
| Full Baths | – | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | – | – |
| Lot Size | – | – |
| Lot Dimensions | – | 0.00 x 0.00 |
| Garage | – | Garage Door Opener |
| Garage (spaces) | – | 2 |
| Roofing | – | Metal, Pitched, Shingle |
| Heating | – | Heat Pump-Elec Backup |
| Cooling | – | Central Air Conditioning |
| Foundation | – | Slab |
| Construction | – | Stick Built, Vinyl Siding |
| Number of Stories | – | 1.5 |

*Listing Courtesy of Pagoda Realty & Property Management*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



## Seller's Report

## Market Activity: Recently Sold

| |  |  |  |  |  |
|---|---|---|---|---|---|
| **Address** | 889 Tulpehocken Rd Myerstown, PA 17067 | 209 N Locust St Myerstown, PA 17067 | 14 N College St Myerstown, PA 17067 | 64 Eisenhauer Rd Myerstown, PA 17067 | 9 Thistle Ct, Lot 21 Myerstown, PA 17067 |
| **Status** | 🏠 Subject Property | 16 Recently Sold | 17 Recently Sold | 18 Recently Sold | 19 Recently Sold |
| **Amount** | $102,530 Est. Value | $165,000 Sold Price | $93,000 Sold Price | $204,900 Sold Price | $289,995 Sold Price |
| **List Price** | – | $165,000 | $109,900 | $184,900 | $286,782 |
| **Recording Date** | – | 12/18/2020 | 12/17/2020 | 12/16/2020 | 12/10/2020 |
| **List/Sold Ratio** | – | 100% | 85% | 111% | 101% |
| **Days in RPR** | – | 50 | 31 | 105 | 299 |
| **Price Per Sq. Ft.** | $46 | $110 | $80 | $204 | – |
| **Bedrooms** | – | 2 | 3 | 3 | 3 |
| **Total Baths** | 2 | 2 | 1 | 1 | 2 |
| **Partial Baths** | – | – | – | 1 | – |
| **Total Rooms** | – | – | – | – | – |
| **Living Area** | 2,208 | 1,496 | 1,156 | 1,002 | – |
| **Lot Size** | 0.25 acres | 10,019 sq ft | 3,485 sq ft | 0.46 acres | 0.4 acres |
| **Year Built** | 1930 | 1952 | 1900 | 1974 | – |
| **Living Area Range (low)** | – | – | – | – | – |
| **Living Area Range (high)** | – | – | – | – | – |
| **Property Type** | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **Property Subtype** | Single Family | Free Standing | Twin/Semi-Detached | Free Standing | Free Standing |
| **MLS ID** | – | PALN116524 | PALN116948 | PALN115378 | PABK353410 |
| **Listing Broker** | – | Courtesy of Iron Valley Real Estate | Courtesy of Kingsway Realty | Courtesy of Coldwell Banker Residential Brokerage-Cleona | Courtesy of Pagoda Realty & Property Management |
| **Description** | | Here's a sweet little 2 bedroom rancher with lots of bonuses! this cozy home offers an eat-in kitchen complete with cool, retro stove, corian countertops, built-ins, and lots of pantry space. The large living room offers lots of light with the large pitcher window. Two good sized bedrooms sit at the end of the hall along with a full bath with a tub/shower combo. The lower level is waiting to be finished and houses the laundry and also a full bath (there is a closet upstairs that housed a stackable w/d unit at one point). Step outside to see the detached 1-car garage complete with electric and plumbing and it has a bonus space! attached to th… | Great home with large fenced backyard. Drive around back to alley and a one car detached garage. Hot water heater installed in 2016. Additional finished unheated square footage on 3rd floor. | Welcome to this lovely split level home in the rural myerstown area. It offers 3 hall entered bedrooms along with a full bath. The kitchen was installed brand new in 2013 with beautiful cabinetry that has soft close doors accompanied by granite counter tops. The kitchen opens to the dining/living area for ease of entertaining. Off of the dining area is a sliding door that leads to the 12'x10' raised poly deck for additional entertaining space with peaceful views of the lush greenery in the back yard. There is also a semi-finished 20'x14' living space in the basement that includes a pellet stove for supplemental heat in the colder months. The… | ***builder incentive. Next 3 homes under contract to be built will receive 50% off all options/upgrades up to a $15,000 value.*** tour the model home located at 16 meadowlark lane (aka 77 clover ct) myerstown, pa 17067 by appointment only. All other multi-listed homes are to-be-built. Welcome to alden homes newest neighborhood~ mountain meadows. Offering smart homes and innovative designs. Single homes starting in the mid 200~s. A gorgeous setting for your next dream home. Alden homes has been building handcrafted homes for over 25 years. They pride themselves on pioneering ahead in contemporary architecture yet maintaining a traditional out… |

Highlighted fields were changed by agent to reflect knowledge of this property.

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

12/21/2020

## Market Activity: Recently Sold

    

| | 889 Tulpehocken Rd Myerstown, PA 17067 | 3 Benjamin Cir Myerstown, PA 17067 | 35 Rosemont Dr Myerstown, PA 17067 | 111 Wintersville Rd Myerstown, PA 17067 | 113 Oaken Way Myerstown, PA 17067 |
|---|---|---|---|---|---|
| **Status** | 🟡 Subject Property | 20 Recently Sold | 21 Recently Sold | 22 Recently Sold | 23 Recently Sold |
| **Amount** | $102,530 Est. Value | $350,000 Sold Price | $196,900 Sold Price | $208,000 Sold Price | $337,000 Sold Price |
| **List Price** | – | $355,000 | $186,900 | $212,500 | – |
| **Recording Date** | – | 12/4/2020 | 11/30/2020 | 11/30/2020 | 11/24/2020 |
| **List/Sold Ratio** | – | 99% | 105% | 98% | – |
| **Days in RPR** | – | 72 | 61 | 61 | – |
| **Price Per Sq. Ft.** | $46 | $143 | $108 | $118 | $143 |
| **Bedrooms** | – | 4 | 3 | 3 | – |
| **Total Baths** | 2 | 3 | 2 | 2 | 3 |
| **Partial Baths** | – | 1 | – | 1 | 1 |
| **Total Rooms** | – | – | – | – | – |
| **Living Area** | 2,208 | 2,454 | 1,821 | 1,768 | 2,354 |
| **Lot Size** | 0.25 acres | 1.01 acres | 0.28 acres | 0.69 acres | 2.08 acres |
| **Year Built** | 1930 | 1995 | 2002 | 1960 | 2012 |
| **Living Area Range (low)** | – | – | – | – | – |
| **Living Area Range (high)** | – | – | – | – | – |
| **Property Type** | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **Property Subtype** | Single Family | Free Standing | Free Standing | Free Standing | Single Family |
| **MLS ID** | | PALN115708 | PALN116036 | PALN115952 | |
| **Listing Broker** | – | Courtesy of Howard Hanna Krall Real Estate | Courtesy of Highlight Realty LLC | Courtesy of RE/MAX Cornerstone | – |
| **Description** | | Settle in to fall in this gorgeous elco single! situated on a level 1 acre country lot with breathtaking views of rolling farmland and the blue mountain beyond, this gorgeous 2 story home boasts almost 3,000 square feet of comfortable finished living space. Cooking won't be a chore in the beautifully updated kitchen with quartz counter tops, bead board back splash, stainless steel appliances, and duraceramic flooring. A cozy breakfast nook off kitchen features a bow window seat and a welcoming gas fire place. For larger gatherings, entertain either in your formal dining room or out back on the covered patio overlooking the back yard a… | This is a well maintain and beautiful home that has all. This home is one of the larger floor plans in the community - hometown arbor gate. Myerstown's desirable 55+ active community that many have decided to call hometown arbor gate "home". The home offers about 1,821 sq feet of living space, 3 bedrooms and 2 full bathrooms, one level with newer replaced hvac system (heating and cooling), newer refrigerator, newer dish washer, newer microwave, newer stove, kitchen back-splash, top of the line richmaid kitchen cabinetry. Newer washer and newer dryer are included. Open concept living at its best. Great room with cathedral ceiling. . the dinin… | Buy now and celebrate your holidays here — easy to show! make this wonderful well maintained 3 level split yours! elco. Nice back yard- .69 acres! ready for your personal selections to update. 3 bedrooms. 1.5 baths. Central air. Wood burning fireplace. 12x15 patio. 13x24 garage. Rural setting. Same owner since built-must be a nice place to live! township septic completed july 2019. Roof maintained in oct 2020 w only small repairs required. Request docs as needed. Request floor plan. Confirmed by jackson township zoning to be commercial district so that may open more permitted uses than just residential for an in home business. R… | |

Highlighted fields were changed by agent to reflect knowledge of this property.

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity.

12/21/2020

# 209 N Locust St, Myerstown, PA 17067





LEGEND: 🏠 Subject Property 🏠 This Property

  RECENTLY SOLD
- *Sold Date: 12/18/2020*
- *MLS Listing PALN116524: 10/29/2020*

**Sold Price**

## $165,000
Sold Date: 12/18/2020
Days in RPR: 50

**Current Estimated Value**

## $167,800
Last RVM® Update: 11/25/2020

RVM® Est. Range:
**$159,410 – $176,190**

RVM® Confidence:
★★★★★

🔻 RVM® Change
Last 1 Month: **-$9,280**

🔺 RVM® Change
Last 12 Months: –

Here's a sweet little 2 bedroom rancher with lots of bonuses! This cozy home offers an eat-in kitchen complete with cool, retro stove, corian countertops, built-ins, and lots of pantry space. The large living room offers lots of light with the large pitcher window. Two good sized bedrooms sit at th…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Free Standing |
| Bedrooms | – | 2 |
| Total Baths | 1 | 2 |
| Full Baths | 1 | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,496 | 1,496 |
| Lot Size | 10,019 sq ft | 10,019 sq ft |
| Lot Dimensions | 10019 SF | – |
| Garage | – | Additional Storage, Garage - Front Entry |
| Garage (spaces) | – | 1 |
| Year Built | 1952 | 1952 |
| Roofing | – | Shingle, Rubber |
| Heating | Forced Air Unit | Forced Air |
| Cooling | Central | Central Air Conditioning |
| Basement | Full Basement | Full, Unfinished, Sump Pump |
| Foundation | – | Block |
| Construction | – | Brick, Vinyl Siding |
| Exterior Walls | Brick | |
| Number of Stories | 1 story with Basement | 1 |

*Courtesy of Iron Valley Real Estate*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity.

# 14 N College St, Myerstown, PA 17067





LEGEND: 🏠 Subject Property  🏠 This Property

 **RECENTLY SOLD**
- *Sold Date: 12/17/2020*
- *MLS Listing PALN116948: 11/16/2020*

**Sold Price**

## $93,000

Sold Date: 12/17/2020
Days in RPR: 31

**Current Estimated Value**

## $111,000

Last AVM Update: 11/25/2020

AVM Est. Range:
**$93,240 – $128,760**

AVM Confidence:

★★★☆☆

⬆ AVM Change
Last 1 Month: **$12,000**

⬆ AVM Change
Last 12 Months: **16.84%**

Great home with large fenced backyard. Drive around back to alley and a one car detached garage. Hot water heater installed in 2016. Additional finished unheated square footage on 3rd floor.

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Multifamily/Multiplex** | Single Family Residence |
| Property Subtype | **Duplex** | Twin/Semi-Detached |
| Bedrooms | – | 3 |
| Total Baths | **1** | 1 |
| Full Baths | **1** | 1 |
| Partial Baths | – | – |
| Living Area (sq ft) | **1,156** | 1,156 |
| Lot Size | **3,485 sq ft** | 3,485 sq ft |
| Lot Dimensions | **3485 SF** | – |
| Garage | – | Rear Entry Garage |
| Garage (spaces) | – | 1 |
| Year Built | **1900** | 1900 |
| Roofing | – | Unknown |
| Heating | **Forced Air Unit** | Forced Air |
| Cooling | **None** | Window Units |
| Basement | **Full Basement** | Unfinished |
| Construction | – | Stick Built |
| Exterior Walls | **Other** | – |
| Number of Stories | **2+AB** | 2.5 |

*Courtesy of Kingsway Realty*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

# 64 Eisenhauer Rd, Myerstown, PA 17067





LEGEND: 🏠 Subject Property  🏠 This Property

 RECENTLY SOLD
- Sold Date: 12/16/2020
- MLS Listing PALN115378: 9/2/2020

**Sold Price**

## $204,900

Sold Date: 12/16/2020
Days in RPR: 105

**Current Estimated Value**

## $180,660

Last RVM® Update: 11/25/2020

RVM® Est. Range:
**$171,627 – $189,693**

RVM® Confidence:
★★★★★

⬆ RVM® Change
Last 1 Month: **$2,960**

⬆ RVM® Change
Last 12 Months: **17.58%**

Welcome to this lovely split level home in the rural Myerstown area. It offers 3 hall entered bedrooms along with a full bath. The kitchen was installed brand new in 2013 with beautiful cabinetry that has soft close doors accompanied by granite counter tops. The kitchen opens to the dining/living a…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Free Standing |
| Bedrooms | – | 3 |
| Total Baths | 2 | 1 |
| Full Baths | 1 | 1 |
| Partial Baths | 1 | – |
| Living Area (sq ft) | 1,002 | 1,002 |
| Lot Size | 0.46 acres | 0.46 acres |
| Lot Dimensions | 20038 SF | – |
| Garage | – | Basement Garage, Side Entry Garage |
| Garage (spaces) | – | 1 |
| Year Built | 1974 | 1974 |
| Roofing | – | Shingle |
| Heating | Hot Water | Hot Water |
| Cooling | None | Ductless Mini Split, Window Units |
| Basement | Basement | Partial |
| Foundation | – | Block |
| Construction | – | Aluminum Siding |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Stories | – | 1.5 |

*Courtesy of Coldwell Banker Residential Brokerage-Cleona*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

# 9 Thistle Ct, Lot 21, Myerstown, PA 17067





LEGEND: 🏠 Subject Property  🏠 This Property

**RECENTLY SOLD**
- *Sold Date: 12/10/2020*
- *MLS Listing PABK353410: 2/15/2020*

**Sold Price**

## $289,995
Sold Date: 12/10/2020
Days in RPR: 299

***BUILDER INCENTIVE. Next 3 homes under contract to be built will receive 50% off all options/upgrades up to a $15,000 value.*** Tour the model home located at 16 Meadowlark Lane (AKA 77 Clover Ct) Myerstown, PA 17067 by appointment only. All other multi-listed homes are to-be-built. Welcome to Al...

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | – | Single Family Residence |
| Property Subtype | – | Free Standing |
| Bedrooms | – | 3 |
| Total Baths | – | 2 |
| Full Baths | – | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | – | – |
| Lot Size | – | 0.4 acres |
| Lot Dimensions | – | 0.00 x 0.00 |
| Garage | – | Garage Door Opener |
| Garage (spaces) | – | 2 |
| Roofing | – | Shingle |
| Heating | – | Heat Pump-Elec Backup |
| Cooling | – | Central Air Conditioning |
| Foundation | – | Slab |
| Construction | – | Stick Built, Stone, Vinyl Siding |
| Number of Stories | – | 1 |

*Courtesy of Pagoda Realty & Property Management*

# 3 Benjamin Cir, Myerstown, PA 17067





LEGEND: 🏠 Subject Property 🏠 This Property

 RECENTLY SOLD
- Sold Date: 12/4/2020
- MLS Listing PALN15708: 9/23/2020


### Sold Price
## $350,000
Sold Date: 12/4/2020
Days in RPR: 72


### Current Estimated Value
## $365,110
Last RVM® Update: 11/25/2020

RVM® Est. Range:
**$332,251 – $397,969**

RVM® Confidence:
★★★★★

🔼 RVM® Change
Last 1 Month: **$800**

🔼 RVM® Change
Last 12 Months: **4.54%**

Settle in to Fall in this gorgeous ELCO single! Situated on a level 1 acre country lot with breathtaking views of rolling farmland and the Blue Mountain beyond, this gorgeous 2 story home boasts almost 3,000 square feet of comfortable finished living space. Cooking won't be a chore in the beauti…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | Single Family Residence |
| Property Subtype | **Single Family** | Free Standing |
| Bedrooms | – | 4 |
| Total Baths | 3 | 3 |
| Full Baths | 2 | 2 |
| Partial Baths | 1 | 1 |
| Living Area (sq ft) | **2,454** | 2,454 |
| Lot Size | **1.01 acres** | 1.01 acres |
| Lot Dimensions | **1.010 AC** | – |
| Basement (sq ft) | – | 234 |
| Garage | – | Side Entry Garage, Garage Door Opener |
| Garage (spaces) | – | 2 |
| Year Built | **1995** | 1995 |
| Heating | **Heat Pump** | **Heat Pump** |
| Cooling | **Yes** | Central Air Conditioning |
| Fireplaces | – | Yes |
| Basement | **Improved Basement (Finished)** | Full, Partially Finished |
| Construction | – | Vinyl Siding |
| Exterior Walls | **Siding (Alum/Vinyl)** | – |
| Number of Stories | **2 story with Basement** | 2 |

*Courtesy of Howard Hanna Krall Real Estate*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity.

# 35 Rosemont Dr, Myerstown, PA 17067





LEGEND:  🏠 Subject Property   🏠 This Property



- Sold Date: 11/30/2020
- MLS Listing PALN116036: 9/30/2020

**Sold Price**

## $196,900

Sold Date: 11/30/2020
Days in RPR: 61

**Current Estimated Value**

## $186,850

Last RVM® Update: 11/25/2020

RVM® Est. Range:
**$177,508 – $196,192**

RVM® Confidence:
★★★★★

🔼 RVM® Change
Last 1 Month: **$1,030**

🔼 RVM® Change
Last 12 Months: **11.52%**

This is a well maintain and beautiful home that has all. This home is one of the larger floor plans in the community - Hometown Arbor Gate. Myerstown's desirable 55+ active community that many have decided to call Hometown Arbor Gate "HOME". The home offers about 1,821 sq feet of living space, 3 be…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Free Standing |
| Bedrooms | – | 3 |
| Total Baths | 2 | 2 |
| Full Baths | 2 | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,821 | 1,821 |
| Lot Size | 0.28 acres | – |
| Lot Dimensions | 12197 SF | – |
| Garage | – | Garage - Front Entry |
| Garage (spaces) | – | 2 |
| Year Built | 2002 | 2002 |
| Heating | Forced Air Unit | Forced Air |
| Cooling | Central | Central Air Conditioning |
| Fireplaces | 1 | 1 |
| Basement | Basement | No |
| Foundation | Slab | – |
| Construction | – | Vinyl Siding |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Stories | 1 story with Basement | 1 |

*Courtesy of Highlight Realty LLC*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



# 111 Wintersville Rd, Myerstown, PA 17067





LEGEND: 🟡 Subject Property   🟢 This Property



- Sold Date: 11/30/2020
- MLS Listing PALN115952: 9/30/2020

**Sold Price**

## $208,000

Sold Date: 11/30/2020
Days in RPR: 61



**Current Estimated Value**

## $206,940

Last RVM® Update: 11/25/2020

RVM® Est. Range:
**$190,385 – $223,495**

RVM® Confidence:
★★★★★

🔻 RVM® Change
Last 1 Month: **-$460**

🔺 RVM® Change
Last 12 Months: **12.81%**

Buy now and celebrate your holidays here — EASY TO SHOW! Make this wonderful well maintained 3 level split yours! ELCO. Nice back yard- .69 acres! Ready for your personal selections to update. 3 bedrooms. 1.5 baths. Central Air. Wood burning fireplace. 12x15 patio. 13x24 garage. Rural settin…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | Single Family Residence |
| Property Subtype | **Single Family** | Free Standing |
| Bedrooms | – | 3 |
| Total Baths | **2** | 2 |
| Full Baths | **1** | 1 |
| Partial Baths | **1** | 1 |
| Living Area (sq ft) | **1,358** | 1,768 |
| Lot Size | **0.69 acres** | 0.69 acres |
| Lot Dimensions | **30056 SF** | – |
| Garage | – | Garage - Front Entry |
| Garage (spaces) | – | 1 |
| Year Built | **1960** | 1960 |
| Heating | **Electric** | Electric Baseboard Heat |
| Cooling | **None** | Central Air Conditioning |
| Fireplaces | **1** | 1 |
| Basement | **Basement** | Other |
| Foundation | **Slab** | – |
| Construction | – | Aluminum Siding, Brick |
| Exterior Walls | **Siding (Alum/Vinyl)** | – |

*Courtesy of RE/MAX Cornerstone*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity.


# 113 Oaken Way, Myerstown, PA 17067





LEGEND: 🏠 Subject Property 🏠 This Property

 **RECENTLY SOLD**

- *Sold Date: 11/24/2020*
- *Public Record*

**Sold Price**

## $337,000

Sold Date: 11/24/2020

**Current Estimated Value**

## $365,380

Last RVM® Update: 11/25/2020

RVM® Est. Range:
**$325,189 – $405,571**

RVM® Confidence:

★★★★☆

🔼 RVM® Change
Last 1 Month: **$5,330**

🔼 RVM® Change
Last 12 Months: **2.45%**

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | – |
| Property Subtype | **Single Family** | – |
| Bedrooms | **–** | – |
| Total Baths | **3** | – |
| Full Baths | **2** | – |
| Partial Baths | **1** | – |
| Living Area (sq ft) | **2,354** | – |
| Lot Size | **2.08 acres** | – |
| Lot Dimensions | **2.080 AC** | – |
| Year Built | **2012** | – |
| Heating | **Radiant** | – |
| Cooling | **Central** | – |
| Basement | **Full Basement** | – |
| Exterior Walls | **Siding (Alum/Vinyl)** | – |
| Number of Stories | **2 story with Basement** | – |

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.
12/21/2020

## Market Activity: Distressed

   

| | 889 Tulpehocken Rd Myerstown, PA 17067 | 413 Frystown Rd Myerstown, PA 17067 | 556 W Main Ave Myerstown, PA 17067 | 447 Beagle Rd Myerstown, PA 17067 |
|---|---|---|---|---|
| **Address** | 889 Tulpehocken Rd Myerstown, PA 17067 | 413 Frystown Rd Myerstown, PA 17067 | 556 W Main Ave Myerstown, PA 17067 | 447 Beagle Rd Myerstown, PA 17067 |
| **Status** | 🟡 Subject Property | 24 Distressed | 25 Distressed | 26 Distressed |
| **Estimated Value** | $102,530 | $184,000 | $175,870 | $197,730 |
| **Amount** | $102,530 Est. Value | $184,000 Est. Value | $175,870 Est. Value | $197,730 Est. Value |
| **Past Due Amt.** | – | – | – | – |
| **Recording Date** | – | 3/1/2006 | 6/3/2002 | 10/3/2012 |
| **Days in RPR** | – | – | – | – |
| **Price Per Sq. Ft.** | $46 | $69 | $105 | $162 |
| **Bedrooms** | – | 4 | – | – |
| **Total Baths** | 2 | 2 | 1 | 1 |
| **Partial Baths** | – | – | – | – |
| **Total Rooms** | – | 8 | – | – |
| **Living Area** | 2,208 | 2,677 | 1,680 | 1,220 |
| **Lot Size** | 0.25 acres | 0.27 acres | 0.25 acres | 1.08 acres |
| **Year Built** | 1930 | 1900 | 1950 | 1988 |
| **Living Area Range (low)** | – | – | – | – |
| **Living Area Range (high)** | – | – | – | – |
| **Property Type** | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **Property Subtype** | Single Family | Single Family | Single Family | Single Family |
| **MLS ID** | – | – | – | – |
| **Listing Broker** | – | – | – | – |
| **Description** | | | | |

Highlighted fields were changed by agent to reflect knowledge of this property.

RPR Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity. 12/21/2020


# 413 Frystown Rd, Myerstown, PA 17067





LEGEND: 🏠 Subject Property 🏠 This Property



· Preforeclosure
· Notice of Foreclosure Sale

**Current Estimated Value**

## $184,000

Last AVM Update: 11/25/2020

AVM Est. Range:
**$115,920 – $252,080**

AVM Confidence:
★☆☆☆☆

🔻 AVM Change
Last 1 Month: **$2,000**

🔺 AVM Change
Last 12 Months: **6.97%**

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | – |
| Property Subtype | **Single Family** | – |
| Bedrooms | **4** | – |
| Total Baths | **2** | – |
| Full Baths | **2** | – |
| Partial Baths | **–** | – |
| Living Area (sq ft) | **2,677** | – |
| Lot Size | **0.27 acres** | – |
| Lot Dimensions | **11761 SF** | – |
| Garage | **Yes** | – |
| Garage (spaces) | **3** | – |
| Year Built | **1900** | – |
| Total Rooms | **8** | – |
| Heating | **Hot Water** | – |
| Basement | **Full Basement** | – |
| Exterior Walls | **Asbestos Shingle** | – |
| Number of Stories | **2.5+B** | – |

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.
12/21/2020

# 556 W Main Ave, Myerstown, PA 17067





LEGEND: 🏠 Subject Property 🏠 This Property



- Preforeclosure
- Notice of Foreclosure Sale

**Current Estimated Value**

## $175,870

Last RVM® Update: 11/25/2020

RVM® Est. Range:
**$158,283 – $193,457**

RVM® Confidence:
★★★★★

⬆ RVM® Change
Last 1 Month: **$2,270**

⬆ RVM® Change
Last 12 Months: **14.04%**

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | – |
| Property Subtype | **Single Family** | – |
| Bedrooms | – | – |
| Total Baths | **1** | – |
| Full Baths | **1** | – |
| Partial Baths | – | – |
| Living Area (sq ft) | **1,680** | – |
| Lot Size | **0.25 acres** | – |
| Lot Dimensions | **10890 SF** | – |
| Year Built | **1950** | – |
| Heating | **Hot Water** | – |
| Cooling | **Central** | – |
| Basement | **Full Basement** | – |
| Exterior Walls | **Brick** | – |
| Number of Stories | **1+AB** | – |

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity.


# 447 Beagle Rd, Myerstown, PA 17067





LEGEND: 🏠 Subject Property 🏠 This Property



· Preforeclosure
· Notice of Foreclosure Sale

**Current Estimated Value**

## $197,730

Last RVM® Update: 11/25/2020

RVM® Est. Range:
**$175,980 – $219,480**

RVM® Confidence:
★★★★☆

🔺 RVM® Change
Last 1 Month: **$14,080**

🔺 RVM® Change
Last 12 Months: **7.47%**

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | – |
| Property Subtype | **Single Family** | – |
| Bedrooms | – | – |
| Total Baths | **1** | – |
| Full Baths | **1** | – |
| Partial Baths | – | – |
| Living Area (sq ft) | **1,220** | – |
| Lot Size | **1.08 acres** | – |
| Lot Dimensions | **1.080 AC** | – |
| Year Built | **1988** | – |
| Heating | **Forced Air Unit** | – |
| Cooling | **None** | – |
| Basement | **Basement** | – |
| Exterior Walls | **Siding (Alum/Vinyl)** | – |

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


## Market Activity: Expired

| | | | | | |
|---|---|---|---|---|---|
| |  |  |  |  |  |
| **Address** | 889 Tulpehocken Rd Myerstown, PA 17067 | 206 W Maple Ave Myerstown, PA 17067 | 109 Poplar St Myerstown, PA 17067 | 1117 Houtztown Rd Myerstown, PA 17067 | 540 W Main Ave Myerstown, PA 17067 |
| **Status** | 🏠 Subject Property | 27 Expired | 28 Expired | 29 Expired | 30 Expired |
| **Amount** | $102,530 Est. Value | $190,000 List Price | $140,000 List Price | $85,000 List Price | $165,000 List Price |
| **Listing Date** | – | 7/22/2020 | 10/9/2020 | 6/3/2020 | 4/10/2020 |
| **Days in RPR** | – | 101 | 10 | 113 | 166 |
| **Price Per Sq. Ft.** | $46 | $123 | $129 | $97 | $105 |
| **Bedrooms** | – | 3 | 2 | 2 | 3 |
| **Total Baths** | 2 | 1 | 1 | 1 | 2 |
| **Partial Baths** | – | – | – | – | 1 |
| **Total Rooms** | – | – | – | – | – |
| **Living Area** | 2,208 | 1,540 | 1,084 | 880 | 1,568 |
| **Lot Size** | 0.25 acres | 0.42 acres | 0.31 acres | 1.03 acres | 0.25 acres |
| **Year Built** | 1930 | 1960 | 1975 | 1867 | 1920 |
| **Living Area Range (low)** | – | – | – | – | – |
| **Living Area Range (high)** | – | – | – | – | – |
| **Property Type** | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **Property Subtype** | Single Family | Free Standing | Free Standing | Free Standing | Free Standing |
| **MLS ID** | – | PALN114816 | PALN116206 | PALN113950 | PALN113346 |
| **Listing Broker** | – | Listing Courtesy of Iron Valley Real Estate | Listing Courtesy of Hostetter Realty | Listing Courtesy of Cavalry Realty LLC | Listing Courtesy of Howard Hanna Krall Real Estate |
| **Description** | | Brick cape cod, 2 bedrooms on main floor, one on the upper level. Garage is incorporated underneath the home in the basement. Own this home or make it your investment property! | Property is going to auction on monday october 19th at 6:00 pm. Considering offers over $140,000. Property cannot be sold before auction date. Any submitted offers before the auction will be considered a starting bid at the live on-site auction. Charming house on a very quiet street in a small community! very clean 2 bedroom brick rancher w/attached garage on .31 acre lot. Built in 1975, approx. 1,084 sq. Ft. On main level, solid cherry kitchen cabinets, all appliances, eat-at counter, open to dining area and newer patio doors open to beautiful brick paver patio. Living room w/brick fireplace, 2 br w/closets, full bath w/tub shower…. | Buy this 1 acre property with a nice country setting. At public auction this july 9th, 2020 at 6 pm. List price is starting bid. 2 story property with 2 bedrooms and 1 bath. Laundry on main floor. Vinyl siding and replacement windows and 972 sq feet. Newer 26x26 attached 2 car garage with heat.ed floors. Terms of auction 10 % down on site if the winning bidder and the remaining amount due with in 45 days. | Spacious jackson township home on 1/4 acre lot with 3 large bedrooms and 1.5 baths. Main floor laundry, mudroom, and large deck for entertaining too! two year old furnace. Very nice fenced in yard. Over sized 2 car detached garage, a mechanics dream! this home is located close to jackson elementary school. This property also offers lots of off street parking! |

Highlighted fields were changed by agent to reflect knowledge of this property.

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

Case 1:21-bk-00032-HWV   Doc 10   Filed 01/18/21   Entered 01/18/21 13:59:18   Desc
Main Document   Page 57 of 110



## Market Activity: Expired

| | | | | | |
|---|---|---|---|---|---|
| |  |  |  |  |  |
| **Address** | **889 Tulpehocken Rd** Myerstown, PA 17067 | **531 Kutztown Rd** Myerstown, PA 17067 | **319 Yeagley Rd** Myerstown, PA 17067 | **486 Houtztown Rd, #ES** Myerstown, PA 17067 | **334 Yeagley Rd** Myerstown, PA 17067 |
| **Status** | 🏠 Subject Property | 31 Expired | 32 Expired | 33 Expired | 34 Expired |
| **Amount** | $102,530 Est. Value | $119,900 List Price | $200,000 List Price | $274,900 List Price | $215,000 List Price |
| **Listing Date** | – | 3/16/2020 | 1/31/2020 | 7/29/2019 | 3/19/2020 |
| **Days in RPR** | – | 184 | 182 | 366 | 121 |
| **Price Per Sq. Ft.** | $46 | $99 | $150 | – | $122 |
| **Bedrooms** | – | 3 | 3 | 3 | 3 |
| **Total Baths** | 2 | 1 | 2 | 2 | 2 |
| **Partial Baths** | – | – | – | – | 1 |
| **Total Rooms** | – | – | – | – | 6 |
| **Living Area** | 2,208 | 1,212 | 1,334 | – | 1,757 |
| **Lot Size** | 0.25 acres | 0.36 acres | 0.72 acres | 0.41 acres | 0.55 acres |
| **Year Built** | 1930 | 1918 | 2001 | – | 1974 |
| **Living Area Range (low)** | – | – | – | – | – |
| **Living Area Range (high)** | – | – | – | – | – |
| **Property Type** | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **Property Subtype** | Single Family | Free Standing | Free Standing | Free Standing | Free Standing |
| **MLS ID** | – | PALN112700 | PALN112234 | PALN108242 | PALN113322 |
| **Listing Broker** | – | *Listing Courtesy of Howard Hanna Krall Real Estate* | *Listing Courtesy of Iron Valley Real Estate* | *Listing Courtesy of Iron Valley Real Estate* | *Listing Courtesy of BHHS Homesale Realty-Reading Berks* |
| **Description** | | Cute country home on a 1/3 acre lot! large eat in kitchen, replacement windows, newer flooring in kitchen & bathroom. Detached one car over sized garage with electric. Lots of off street parking too! don't wait, set up your showing today - this one won't last long! | Nice country ranch home, tree lined ,72 acre lot, with raised garden beds for your garden.3 bedrooms, 2 full baths attached 2 car garage. Kitchen has oak cabinets, economical gas heat, central air , great covered front porch. Come take a look and what this home has to offer | To be built - new construction - priced based on purchase of houtztown lot with home design as shown on photo or you can choose from many plans,styles or complete custom to your specifications. Tri-valley contractors exclusive builder. Elco school district, great country setting north of myerstown but close to all amenities. Come view the lot and we'll build your dream home! | Well maintained 3 bedroom, 2 bath ranch with central air on .55 acres backing to field. Large living room with propane fireplace. Huge family room in lower level with tile flooring. Large kitchen with plenty of cabinets and counter space and double lazy susans, just needs a little updating. The cabinet maker was plain-n-fancy. Large mud room/laundry with pantry. Two full baths on main floor. Master bedroom with many built-ins. 2 car garage with built-in cabinets and shelving units can stay. Newer roof, water purification system & uv light. Mechanicals are well maintained. House just needs a little updating. Wonderful opportunity in this… |

Highlighted fields were changed by agent to reflect knowledge of this property.

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity.


# 206 W Maple Ave, Myerstown, PA 17067





LEGEND: ★ Subject Property ⌂ This Property



**EXPIRED**

· *MLS Listing PALN114816: 7/22/2020*

**List Price**

## $190,000

Expired Date: 10/31/2020
Days in RPR: 101

**Current Estimated Value**

## $172,000

Last RVM® Update: 11/25/2020

RVM® Est. Range:
**$161,680 – $182,320**

RVM® Confidence:

★★★★★

▼ RVM® Change
Last 1 Month: **-$10,990**

▲ RVM® Change
Last 12 Months: –

---

Brick Cape Cod, 2 bedrooms on main floor, one on the upper level. Garage is incorporated underneath the home in the basement. Own this home or make it your investment property!

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Free Standing |
| Bedrooms | – | 3 |
| Total Baths | 1 | 1 |
| Full Baths | 1 | 1 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,540 | 1,540 |
| Lot Size | 0.42 acres | 0.42 acres |
| Lot Dimensions | 18295 SF | – |
| Garage | Yes | Basement Garage |
| Garage (spaces) | 1 | 1 |
| Year Built | 1960 | 1960 |
| Heating | Forced Air Unit | Forced Air |
| Cooling | Central | Central Air Conditioning |
| Basement | Full Basement | Full |
| Construction | – | Brick |
| Exterior Walls | Brick | – |
| Number of Stories | 1+AB | 1.5 |

*Listing Courtesy of Iron Valley Real Estate*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

# 109 Poplar St, Myerstown, PA 17067





LEGEND: 📍 Subject Property  📍 This Property

Map data ©2020



EXPIRED
- *MLS Listing PALN116206: 10/9/2020*

**List Price**

## $140,000

Expired Date: 10/19/2020
Days in RPR: 10

**Current Estimated Value**

## $149,000

Last AVM Update: 11/25/2020

AVM Est. Range:
**$123,670 – $174,330**

AVM Confidence:
★★★☆☆

🔸 AVM Change
Last 1 Month: –

🔻 AVM Change
Last 12 Months: **-6.87%**

PROPERTY IS GOING TO
AUCTION ON MONDAY
OCTOBER 19th at 6:00 pm.
CONSIDERING OFFERS OVER
$140,000. PROPERTY CANNOT
BE SOLD BEFORE AUCTION
DATE. ANY SUBMITTED OFFERS
BEFORE THE AUCTION WILL BE
CONSIDERED A STARTING BID
AT THE LIVE ON-SITE AUCTION.
Charming house on a very quiet
street in a small…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | Single Family Residence |
| Property Subtype | **Single Family** | Free Standing |
| Bedrooms | – | 2 |
| Total Baths | 1 | 1 |
| Full Baths | 1 | 1 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,084 | 1,084 |
| Lot Size | 0.31 acres | 0.31 acres |
| Lot Dimensions | 13504 SF | – |
| Garage | – | Garage - Front Entry |
| Garage (spaces) | – | 1 |
| Year Built | 1975 | 1975 |
| Heating | Hot Water | Hot Water Baseboard |
| Cooling | Central | Central Air Conditioning |
| Fireplaces | 1 | 1 |
| Basement | Full Basement | Full |
| Construction | – | Brick |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Stories | 1 story with Basement | 1 |

*Listing Courtesy of Hostetter Realty*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

# 1117 Houtztown Rd, Myerstown, PA 17067





LEGEND: 🏠 Subject Property  🏠 This Property

EXPIRED
- *MLS Listing PALN113950: 6/3/2020*

**List Price**
**$85,000**
Expired Date: 9/24/2020
Days in RPR: 113

**Current Estimated Value**
**$100,000**
Last AVM Update: 11/25/2020
AVM Est. Range:
**$78,000 – $122,000**
AVM Confidence:
★★☆☆☆

 AVM Change
Last 1 Month: –

 AVM Change
Last 12 Months: **-36.3%**

Buy this 1 acre property with a nice country setting. At Public Auction this July 9th, 2020 at 6 PM. List price is starting bid. 2 Story Property with 2 bedrooms and 1 bath. Laundry on main floor. Vinyl siding and replacement windows and 972 sq feet. Newer 26X26 Attached 2 Car Garage with Heat.ed F...

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family Residence | Single Family Residence |
| Property Subtype | Single Family | Free Standing |
| Bedrooms | – | 2 |
| Total Baths | 1 | 1 |
| Full Baths | 1 | 1 |
| Partial Baths | – | |
| Living Area (sq ft) | 880 | 880 |
| Lot Size | 1.03 acres | 1.03 acres |
| Lot Dimensions | 1.030 AC | |
| Garage | – | Covered Parking, Side Entry Garage, Inside Access |
| Garage (spaces) | – | 2 |
| Year Built | 1967 | 1867 |
| Roofing | – | Asphalt |
| Heating | Hot Water | Hot Water |
| Cooling | None | None |
| Basement | Full Basement | Full, Interior Access, Outside Entrance, Poured Concrete, Unfinished |
| Foundation | – | Stone, Block |
| Construction | – | Vinyl Siding, Frame, Stick Built |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Stories | 2 story with Basement | 2 |

*Listing Courtesy of Cavalry Realty LLC*


# 540 W Main Ave, Myerstown, PA 17067





LEGEND: 🏠 Subject Property ● This Property

EXPIRED

- *MLS Listing PALN113346: 4/10/2020*

**List Price**

## $165,000

Expired Date: 9/23/2020
Days in RPR: 166

**Current Estimated Value**

## $164,910

Last RVM® Update: 11/25/2020
RVM® Est. Range:
**$153,367 – $176,453**

RVM® Confidence:

★ ★ ★ ★ ★

🔼 RVM® Change
Last 1 Month: **$820**

🔼 RVM® Change
Last 12 Months: **17.5%**

Spacious Jackson township home on 1/4 acre lot with 3 large bedrooms and 1.5 baths. Main floor laundry, mudroom, and large deck for entertaining too! Two year old furnace. Very nice fenced in yard. Over sized 2 car detached garage, a mechanics dream! This home is located close to Jackson Elem…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | Single Family Residence |
| Property Subtype | **Single Family** | Free Standing |
| Bedrooms | – | 3 |
| Total Baths | 1 | 2 |
| Full Baths | 1 | 1 |
| Partial Baths | – | 1 |
| Living Area (sq ft) | 1,568 | 1,568 |
| Lot Size | 0.25 acres | 0.25 acres |
| Lot Dimensions | 10890 SF | – |
| Garage | – | Rear Entry Garage, Oversized |
| Garage (spaces) | – | 2 |
| Year Built | 1920 | 1920 |
| Roofing | – | Metal |
| Heating | Hot Water | Hot Water, S/W Changeover |
| Cooling | None | None |
| Basement | Full Basement | Full |
| Construction | – | Aluminum Siding |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Stories | 2+AB | 2 |

*Listing Courtesy of Howard Hanna Krall Real Estate*


Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

# 531 Kutztown Rd, Myerstown, PA 17067





LEGEND: 🏠 Subject Property  🏠 This Property

EXPIRED

· *MLS Listing PALN112700: 3/16/2020*

### List Price

## $119,900

Expired Date: 9/16/2020
Days in RPR: 184
Last Price Update: 6/1/2020

### Current Estimated Value

## $109,040

Last RVM® Update: 11/25/2020

RVM® Est. Range:
**$101,408 – $116,672**
RVM® Confidence:
★★★★★

🔺 RVM® Change
Last 1 Month: **$480**

🔻 RVM® Change
Last 12 Months: **-15.9%**

Cute country home on a 1/3 acre
lot! Large eat in kitchen,
replacement windows, newer
flooring in kitchen & bathroom.
Detached one car over sized
garage with electric. LOTS of off
street parking too! Don't wait, set
up your showing today - this one
won't last long!

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | Single Family Residence |
| Property Subtype | **Single Family** | Free Standing |
| Bedrooms | – | 3 |
| Total Baths | 1 | 1 |
| Full Baths | 1 | 1 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,212 | 1,212 |
| Lot Size | 0.36 acres | 0.36 acres |
| Lot Dimensions | 15682 SF | – |
| Garage | – | Garage - Front Entry, Oversized |
| Garage (spaces) | – | 1 |
| Year Built | 1918 | 1918 |
| Roofing | – | Composite |
| Heating | Forced Air Unit | Hot Water Baseboard |
| Cooling | None | None |
| Basement | Full Basement | Full, Unfinished |
| Construction | – | Vinyl Siding |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Stories | 2+AB | 2 |

*Listing Courtesy of Howard Hanna Krall Real Estate*



# 319 Yeagley Rd, Myerstown, PA 17067





LEGEND: 🏠 Subject Property 🟡 This Property

EXPIRED
- *MLS Listing PALN112234: 1/31/2020*

## List Price

### $200,000

Expired Date: 7/31/2020
Days in RPR: 182
Last Price Update: 3/9/2020

## Current Estimated Value

### $204,490

Last RVM® Update: 11/25/2020

RVM® Est. Range:
**$190,176 – $218,804**
RVM® Confidence:
★★★★★

🔼 RVM® Change
Last 1 Month: **$2,170**

🔼 RVM® Change
Last 12 Months: **8.36%**

Nice Country Ranch home, Tree Lined ,72 acre lot, with raised garden beds for your garden.3 bedrooms, 2 full baths attached 2 car garage. kitchen has oak cabinets, Economical gas heat, Central Air , Great covered front porch. Come take a look and what this home has to offer

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | Single Family Residence |
| Property Subtype | **Single Family** | Free Standing |
| Bedrooms | – | 3 |
| Total Baths | 2 | 2 |
| Full Baths | 2 | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | 1,334 | 1,334 |
| Lot Size | 0.72 acres | 0.72 acres |
| Lot Dimensions | 31363 SF | – |
| Garage | – | Garage Door Opener |
| Garage (spaces) | – | 2 |
| Year Built | 2001 | 2001 |
| Roofing | – | Asbestos Shingle |
| Heating | **Forced Air Unit** | Forced Air |
| Cooling | Central | Central Air Conditioning |
| Fireplaces | 1 | |
| Basement | **Full Basement** | Sump Pump |
| Construction | – | Aluminum Siding |
| Exterior Walls | Siding (Alum/Vinyl) | |
| Number of Stories | **1 story with Basement** | 1 |

*Listing Courtesy of Iron Valley Real Estate*

 RPR   Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.                                                                12/21/2020

# 486 Houtztown Rd, #ES, Myerstown, PA 17067





LEGEND: 🏠 Subject Property 📍 This Property

**EXPIRED**

· MLS Listing PALN108242: 7/29/2019

## List Price

## $274,900

Expired Date: 7/29/2020
Days in RPR: 366
Last Price Update: 10/4/2019

TO BE BUILT - NEW
CONSTRUCTION - Priced based
on purchase of Houtztown lot with
home design as shown on photo or
you can choose from many
plans,styles or complete custom to
your specifications. Tri-Valley
Contractors Exclusive Builder.
ELCO School District, great
country setting north of
Myerstown…

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | – | Single Family Residence |
| Property Subtype | – | Free Standing |
| Bedrooms | – | 3 |
| Total Baths | – | 2 |
| Full Baths | – | 2 |
| Partial Baths | – | – |
| Living Area (sq ft) | – | – |
| Lot Size | – | 0.41 acres |
| Garage | – | Garage Door Opener, Other |
| Garage (spaces) | – | 2 |
| Heating | – | Forced Air, Heat Pump-Gas Backup |
| Cooling | – | Central Air Conditioning |
| Basement | – | Full |
| Construction | – | Frame, Stick Built |

*Listing Courtesy of Iron Valley Real Estate*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

12/21/2020

# 334 Yeagley Rd, Myerstown, PA 17067





LEGEND: ● Subject Property ● This Property

Map data ©2020

---

EXPIRED
· *MLS Listing PALN113322: 3/19/2020*

**List Price**

## $215,000

Expired Date: 7/18/2020
Days in RPR: 121
Last Price Update: 5/28/2020

**Current Estimated Value**

## $219,060

Last RVM® Update: 11/25/2020

RVM® Est. Range:
**$208,107 – $230,013**
RVM® Confidence:
★★★★★

▲ RVM® Change
Last 1 Month: **$6,010**

▲ RVM® Change
Last 12 Months: **6.4%**

---

Well maintained 3 bedroom, 2 bath ranch with central air on .55 acres backing to field. Large living room with propane fireplace. Huge family room in lower level with tile flooring. Large kitchen with plenty of cabinets and counter space and double lazy susans, just needs a little updating. The c...

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family Residence** | Single Family Residence |
| Property Subtype | **Single Family** | Free Standing |
| Bedrooms | – | 3 |
| Total Baths | **2** | 2 |
| Full Baths | **1** | 2 |
| Partial Baths | **1** | – |
| Living Area (sq ft) | **1,757** | 1,757 |
| Lot Size | **0.55 acres** | 0.55 acres |
| Lot Dimensions | **23958 SF** | – |
| Basement (sq ft) | – | 1,280 |
| Garage | – | Garage - Front Entry |
| Garage (spaces) | – | 2 |
| Year Built | **1974** | 1974 |
| Total Rooms | – | 6 |
| Roofing | – | Shingle |
| Heating | **Hot Water** | Hot Water, Hot Water Baseboard |
| Cooling | **Central** | Central Air Conditioning |
| Fireplaces | **1** | – |
| Basement | **Full Basement** | Full, Partially Finished |
| Construction | – | Brick |
| Exterior Walls | **Brick** | – |
| Number of Stories | **1 story with Basement** | 1 |

*Listing Courtesy of BHHS Homesale Realty- Reading Berks*


Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


# Recommended Pricing Strategy

This chart compares the high, low and median price of homes in various listing statuses in the subject property's ZIP code to help determine the asking price for the subject property. The prices of the User Selected Comps are sold prices where available.

| | Market Activity **For Sale Listings** | Market Activity **Distressed** | Market Activity **Expired Listings** | Market Activity **Pending Sales** | Market Activity **Sold** |
|---|---|---|---|---|---|
| **Lowest Price** | $150,000 | $175,870 | $85,000 | $174,900 | $93,000 |
| **Median Price** | $202,500 | $184,000 | $177,500 | $237,450 | $206,450 |
| **Highest Price** | $374,900 | $197,730 | $274,900 | $274,900 | $350,000 |
| **Median Price Per Sq. Ft.** | $139 | $105 | $122 | $167 | $118 |
| **Median Days in RPR** | 13.5 | – | 143.5 | 69 | 61 |

Sellers

_____     _____
            Signature                              Date

_____     _____
            Signature                              Date

Broker / Agent

_____     _____
            Signature                              Date


# Seller's Proceeds

|  | Low | High |
|---|---|---|
| **Price** | $ | $ |
| **Encumbrances** | | |
| First Loan | $ | $ |
| Second Loan | $ | $ |
| **Estimated Closing Costs** | | |
| Commissions | $ | $ |
| Escrow Items | $ | $ |
| Escrow Fees | $ | $ |
| Home Warranty | $ | $ |
| Other Work | $ | $ |
| Pest Inspection | $ | $ |
| Tax Stamp | $ | $ |
| Termite Work | $ | $ |
| Title Insurance | $ | $ |
| **Seller Concessions** | $ | $ |
| **Seller Conveyances** | $ | $ |
| **Other** | $ | $ |
| **Net Cash to Seller** | $ | $ |

*I understand that the above is an estimate only and not the actual costs which would be incurred if an actual sale is consummated. The estimated amounts above are not guaranteed in any way.*

_____   _____
*Seller*                                                                                          *date*

Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.   12/21/2020

## About RPR (Realtors Property Resource)

- Realtors Property Resource® is a wholly owned subsidiary of the National Association REALTORS®.

- RPR offers comprehensive data – including a nationwide database of 164 million properties – as well as powerful analytics and dynamic reports exclusively for members of the NAR.

- RPR's focus is giving residential and commercial real estate practitioners, brokers, and MLS and Association staff the tools they need to serve their clients.

- This report has been provided to you by a member of the NAR.



**RPR®** REALTORS PROPERTY RESOURCE

## About RPR's Data

RPR generates and compiles real estate and other data from a vast array of sources. The data contained in your report includes some or all of the following:

- **Listing data** from our partner MLSs and CIEs, and related calculations, like estimated value for a property or median sales price for a local market.

- **Public records data** including tax, assessment, and deed information. Foreclosure and distressed data from public records.

- **Market conditions and forecasts** based on listing and public records data.

- **Census and employment data** from the U.S. Census and the U.S. Bureau of Labor Statistics.

- **Demographics and trends data** from Esri. The data in commercial and economic reports includes Tapestry Segmentation, which classifies U.S. residential neighborhoods into unique market segments based on socioeconomic and demographic characteristics.

- **Business data** including consumer expenditures, commercial market potential, retail marketplace, SIC and NAICS business information, and banking potential data from Esri.

- **School data and reviews** from Niche.

- **Specialty data sets** such as walkability scores, traffic counts and flood zones.

## Update Frequency

- Listings and public records data are updated on a continuous basis.

- Charts and statistics calculated from listing and public records data are refreshed monthly.

- Other data sets range from daily to annual updates.

## Learn more

For more information about RPR, please visit RPR's public website: http://blog.narrpr.com





Copyright 2020 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Fitzroy Simeon Lewis** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Heather Ann Lewis** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1:21-bk-00032** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:** Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2010 Honda Odyssey 195,000+ miles**<br>Line from *Schedule A/B*: **3.1** | $5,393.00 | ■ $1,398.82<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **2001 Toyota Sienna 250,000+ miles**<br>Line from *Schedule A/B*: **3.2** | $1,511.00 | ■ $1,511.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **Furniture, appliances, tools, DVDS, books and lawn mower**<br>Line from *Schedule A/B*: **6.1** | $1,675.00 | ■ $1,675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **TV, desktop computer and laptop**<br>Line from *Schedule A/B*: **7.1** | $635.00 | ■ $635.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Sewing machine and bow/arrows**<br>Line from *Schedule A/B*: **9.1** | $40.00 | ■ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Men and women's clothing**<br>Line from *Schedule A/B*: **11.1** | $200.00 | ■         $200.00<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $50.00 | ■         $50.00<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $300.00 | ■         $300.00<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **savings: Lebanon Federal Credit Union**<br>Line from *Schedule A/B*: **17.1** | $400.00 | ■         $400.00<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **checking: Fulton Bank**<br>Line from *Schedule A/B*: **17.2** | $80.00 | ■         $80.00<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **savings: PSECU**<br>Line from *Schedule A/B*: **17.3** | $2,500.00 | ■         $2,500.00<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **savings: PSECU**<br>Line from *Schedule A/B*: **17.4** | $1,100.00 | ■         $1,100.00<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **403b: Fulton Financial Advisors**<br>Line from *Schedule A/B*: **21.1** | $489.48 | ■         100%<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| **403b: Newport Group**<br>Line from *Schedule A/B*: **21.2** | $2,612.55 | ■         100%<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| **Dust to Daylight, Inc. (non profit organization that donates funds to other non profit organization). Dust to Daylight, Inc. is owned by the Debtors. Since March 2019, Debtors have donated $12,604.15 to the non profit (see Statement of Financial Affairs)**<br>Line from *Schedule A/B*: **44.1** | $2,414.90 | ■         $22,021.18<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3.   **Are you claiming a homestead exemption of more than $170,350?**
     (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■    No

☐    Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐      No

       ☐      Yes

| Debtor 1 | **Fitzroy Simeon Lewis** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Heather Ann Lewis** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number 1:21-bk-00032
(if known)

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | | | Amount of claim | Value of collateral | Unsecured |
| | | | Do not deduct the | that supports this | portion |
| | | | value of collateral. | claim | If any |

| 2.1 | **Bank of America** | Describe the property that secures the claim: | **$119,564.00** | **$102,530.00** | **$17,034.00** |
|---|---|---|---|---|---|
| | Creditor's Name | **889 Tulpehocken Road Myerstown, PA 17067  Lebanon County Value per market analysis - see attached. (Co-owned with Magdalene Johnson, mother.  Magdalene owns 35% interest in the property and the Debtors own 65%)** | | | |

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Attn: Bankruptcy**
**4909 Savarese Circle**
**Tampa, FL 33634**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **Opened 06/10  Last Active 11/20** | Last 4 digits of account number | 5833 |
|---|---|---|---|

| 2.2 | **Discover Financial** | Describe the property that secures the claim: | $15,016.60 | $102,530.00 | $15,016.60 |
|---|---|---|---|---|---|

Creditor's Name

**<<<Judgment Lien>>>**
**889 Tulpehocken Road Myerstown,**
**PA 17067  Lebanon County**
**Value per market analysis - see**
**attached.**
**(Co-owned with Magdalene**
**Johnson, mother.  Magdalene owns**
**35% interest in the property and the**
**Debtors own 65%)**

**Attn: Bankruptcy**
**PO Box 3025**
**New Albany, OH 43054**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** **Opened 05/06  Last Active 11/08/18**          **Last 4 digits of account number** **4003**

---

| 2.3 | **Select Portfolio Servicing, Inc** | Describe the property that secures the claim: | $23,105.00 | $102,530.00 | $23,105.00 |
|---|---|---|---|---|---|

Creditor's Name

**889 Tulpehocken Road Myerstown,**
**PA 17067  Lebanon County**
**Value per market analysis - see**
**attached.**
**(Co-owned with Magdalene**
**Johnson, mother.  Magdalene owns**
**35% interest in the property and the**
**Debtors own 65%)**

**Attn: Bankruptcy**
**PO Box 65250**
**Salt Lake City, UT 84165**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** **Opened 03/07  Last Active 07/20**          **Last 4 digits of account number** **1061**

| Debtor 1 | **Fitzroy Simeon Lewis** | | | Case number (if known) | **1:21-bk-00032** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Heather Ann Lewis** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.4 | **Westlake Financial Services** | Describe the property that secures the claim: | $3,994.18 | $5,393.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2010 Honda Odyssey 195,000+ miles**

**Attn: Bankruptcy**
**PO Box 76809**
**Los Angeles, CA 90054**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **Opened 03/20 Last Active 10/20** | Last 4 digits of account number | **5433** |
|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | $161,679.78 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $161,679.78 |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]

Name, Number, Street, City, State & Zip Code
**Weltman, Weinberg & Reis Co, LPA**
**170 South Independence Mall W**
**Suite 874 W**
**Philadelphia, PA 19106**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number  ___

**Fill in this information to identify your case:**

| Debtor 1 | **Fitzroy Simeon Lewis** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Heather Ann Lewis** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | **1:21-bk-00032** | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ■ No. Go to Part 2.
   ☐ Yes.

### Part 2:  List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | | **Total claim** |
|---|---|---|---|
| **4.1** | **Barclays Bank Delaware** | Last 4 digits of account number  **5057** | **$4,015.00** |
| | Nonpriority Creditor's Name | | |
| | **Attn: Bankruptcy** | When was the debt incurred?  **Opened 11/07  Last Active 01/19** | |
| | **PO Box 8801** | | |
| | **Wilmington, DE 19899** | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card Purchases**

| 4.2 | **Citibank** | Last 4 digits of account number **2225** | $2,278.05 |

Nonpriority Creditor's Name

**c/o Cavalry Portfolio Services**
**500 Summit Lake, Suite 400**
**Valhalla, NY 10595**

When was the debt incurred? **Opened 10/19  Last Active 02/19**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **Credit Card Purchases**

☐ Yes

---

| 4.3 | **Fed Loan Servicing** | Last 4 digits of account number **0008** | $12,593.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 69184**
**Harrisburg, PA 17106**

When was the debt incurred? **Opened 08/16  Last Active 10/01/20**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Contingent
☐ Debtor 1 only

☐ Unliquidated
■ Debtor 2 only

☐ Disputed
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify

**Student Loan Obligation**

---

| 4.4 | **Fed Loan Servicing** | Last 4 digits of account number **0004** | $8,684.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 69184**
**Harrisburg, PA 17106**

When was the debt incurred? **Opened 08/14  Last Active 10/01/20**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Contingent
☐ Debtor 1 only

☐ Unliquidated
■ Debtor 2 only

☐ Disputed
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify

**Student Loan Obligation**

---

| 4.5 | **Fed Loan Servicing** | Last 4 digits of account number | **0006** | $8,243.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 69184**
**Harrisburg, PA 17106**

**When was the debt incurred?**  **Opened 08/15  Last Active 10/01/20**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify _____

**Student Loan Obligation**

---

| 4.6 | **Fed Loan Servicing** | Last 4 digits of account number | **0002** | $7,427.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 69184**
**Harrisburg, PA 17106**

**When was the debt incurred?**  **Opened 08/13  Last Active 10/01/20**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify _____

**Student Loan Obligation**

---

| 4.7 | **Fed Loan Servicing** | Last 4 digits of account number | **0003** | $5,532.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 69184**
**Harrisburg, PA 17106**

**When was the debt incurred?**  **Opened 08/14  Last Active 10/01/20**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify _____

**Student Loan Obligation**

| 4.8 | **Fed Loan Servicing** | Last 4 digits of account number | **0005** | $5,530.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 69184**
**Harrisburg, PA 17106**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **Opened 08/15  Last Active 10/01/20**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Student Loan Obligation**

---

| 4.9 | **Fed Loan Servicing** | Last 4 digits of account number | **0001** | $3,585.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 69184**
**Harrisburg, PA 17106**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **Opened 08/13  Last Active 10/01/20**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Student Loan Obligation**

---

| 4.10 | **Fed Loan Servicing** | Last 4 digits of account number | **0007** | $1,235.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 69184**
**Harrisburg, PA 17106**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **Opened 08/16  Last Active 10/01/20**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Student Loan Obligation**

---

| 4.1 1 | **Fed Loan Servicing** | Last 4 digits of account number | **0010** | **$766.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 69184**
**Harrisburg, PA 17106**

Number Street City State Zip Code

When was the debt incurred? **Opened 12/17  Last Active 10/01/20**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ☐ Other. Specify _____ **Student Loan Obligation**

---

| 4.1 2 | **Heartland ECSI** | Last 4 digits of account number | **4B43** | **$5,221.00** |

Nonpriority Creditor's Name
**PO Box 1278**
**Wexford, PA 15090**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ☐ Other. Specify _____ **Student Loan Obligation**

---

| 4.1 3 | **MOHELA** | Last 4 digits of account number | **0004** | **$8,250.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**633 Spirit Drive**
**Chesterfield, MO 63005**

Number Street City State Zip Code

When was the debt incurred? **Opened 08/15  Last Active 11/20**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify _____ **Student Loan Obligation**

---

| 4.1 4 | **MOHELA** | Last 4 digits of account number | **0006** | $7,820.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**633 Spirit Drive**
**Chesterfield, MO 63005**
Number Street City State Zip Code

When was the debt incurred? **Opened 08/16  Last Active 11/20**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Student Loan Obligation**

---

| 4.1 5 | **MOHELA** | Last 4 digits of account number | **0008** | $7,615.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**633 Spirit Drive**
**Chesterfield, MO 63005**
Number Street City State Zip Code

When was the debt incurred? **Opened 11/17  Last Active 11/20**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Student Loan Obligation**

---

| 4.1 6 | **MOHELA** | Last 4 digits of account number | **0007** | $5,659.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**633 Spirit Drive**
**Chesterfield, MO 63005**
Number Street City State Zip Code

When was the debt incurred? **Opened 11/17  Last Active 11/20**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Student Loan Obligation**

| 4.17 | **MOHELA** | Last 4 digits of account number | **0003** | $5,653.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**633 Spirit Drive**
**Chesterfield, MO 63005**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Opened 08/15  Last Active 11/20**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Student Loan Obligation**

---

| 4.18 | **MOHELA** | Last 4 digits of account number | **0005** | $5,634.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**633 Spirit Drive**
**Chesterfield, MO 63005**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Opened 08/16  Last Active 11/20**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Student Loan Obligation**

---

| 4.19 | **MOHELA** | Last 4 digits of account number | **0002** | $4,255.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**633 Spirit Drive**
**Chesterfield, MO 63005**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Opened 05/15  Last Active 11/20**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Student Loan Obligation**

---

| 4.2 0 | **MOHELA** | Last 4 digits of account number | **0001** | $2,833.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**633 Spirit Drive**
**Chesterfield, MO 63005**
Number Street City State Zip Code

When was the debt incurred? **Opened 05/15  Last Active 11/20**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Student Loan Obligation**

---

| 4.2 1 | **Navient** | Last 4 digits of account number | **0312** | $14,761.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 9640**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

When was the debt incurred? **Opened 03/04  Last Active 11/11/20**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify **Student Loan Obligation**

---

| 4.2 2 | **U.S. Bank, N.A.** | Last 4 digits of account number | **7582** | $7,326.27 |

Nonpriority Creditor's Name
**c/o Portfolio Recovery**
**120 Corporate Boulevard**
**Norfolk, VA 23502**
Number Street City State Zip Code

When was the debt incurred? **Opened 06/20  Last Active 02/19**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card Purchases**

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

---

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 73,577.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 61,338.32 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 134,915.32 |

| Debtor 1 | **Fitzroy Simeon Lewis** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Heather Ann Lewis** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number | **1:21-bk-00032** | | |
| (if known) | | | |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number    Street | |
| City         State       ZIP Code | |
| **2.2** | |
| Name | |
| Number    Street | |
| City         State       ZIP Code | |
| **2.3** | |
| Name | |
| Number    Street | |
| City         State       ZIP Code | |
| **2.4** | |
| Name | |
| Number    Street | |
| City         State       ZIP Code | |
| **2.5** | |
| Name | |
| Number    Street | |
| City         State       ZIP Code | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Fill in this information to identify your case:

| Debtor 1 | **Fitzroy Simeon Lewis** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Heather Ann Lewis** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number | 1:21-bk-00032 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors 12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br>_____<br>Number  Street<br>City  State  ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br>_____<br>Number  Street<br>City  State  ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

Debtor 1 **Fitzroy Simeon Lewis**

Debtor 2 **Heather Ann Lewis**
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number **1:21-bk-00032**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **Community Coordinator** | **Billing Coordinator** |
| Include part-time, seasonal, or self-employed work. | Employer's name | **SARCC** | **Real Alternatives** |
| Occupation may include student or homemaker, if it applies. | Employer's address | **615 Cumberland Street Lebanon, PA 17042** | **7810 Allentown Boulevard Harrisburg, PA 17112** |
| | How long employed there? | **Began October 19, 2020** | **6 years, 2 months** |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **3,541.72** | $ **1,241.95** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **36.76** | +$ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ **3,578.48** | $ **1,241.95** |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $    3,578.48 | $    1,241.95 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $    413.27 | $    146.30 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $    0.00 | $    0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $    0.00 | $    24.84 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $    0.00 | $    0.00 |
| 5e. | **Insurance** | 5e. | $    70.59 | $    0.00 |
| 5f. | **Domestic support obligations** | 5f. | $    0.00 | $    0.00 |
| 5g. | **Union dues** | 5g. | $    0.00 | $    0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $    0.00 | + $    0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $    483.86 | $    171.14 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $    3,094.62 | $    1,070.81 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $    0.00 | $    0.00 |
| 8b. | **Interest and dividends** | 8b. | $    0.00 | $    0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent receive regularly** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $    0.00 | $    0.00 |
| 8d. | **Unemployment compensation** | 8d. | $    0.00 | $    0.00 |
| 8e. | **Social Security** | 8e. | $    0.00 | $    0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify:    **Food stamps** | 8f. | $    0.00 | $    310.00 |
| 8g. | **Pension or retirement income** | 8g. | $    0.00 | $    0.00 |
| 8h. | **Other monthly income.** Specify:    **Tax refund (2019)** | 8h.+ | $    770.84 | + $    0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $    770.84 | $    310.00 |

| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $    3,865.46 | + $    1,380.81 | = $    5,246.27 |
|---|---|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:

| | | |
|---|---|---|
| | 11. | +$    0.00 |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

| | |
|---|---|
| 12. | $    5,246.27 |

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

■   No.

☐   Yes. Explain:

> **The amount listed on line 3 is the average net monthly amount received from Debtor's bonus annualized over 12 months.**
>
> **Spouse is pregnant and due in February 2021. She will have to reduce her hours at work and their expenses will increase once their baby is born.**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Fitzroy Simeon Lewis** |
| Debtor 2 (Spouse, if filing) | **Heather Ann Lewis** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (If known) | **1:21-bk-00032** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.  ■ Yes.  Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 2 | ☐ No  ■ Yes |
| Son | 3 | ☐ No  ■ Yes |
| Son | 9 | ☐ No  ■ Yes |
| Daughter | 12 | ☐ No  ■ Yes |
| Son | 14 | ☐ No  ■ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No  ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4.  $ **741.37**

   **If not included in line 4:**

   4a. Real estate taxes   4a. $ **0.00**
   4b. Property, homeowner's, or renter's insurance   4b. $ **0.00**
   4c. Home maintenance, repair, and upkeep expenses   4c. $ **166.67**
   4d. Homeowner's association or condominium dues   4d. $ **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ **0.00**

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 505.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 125.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d. | Other. Specify:    **Internet** | 6d. | $ | 10.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 1,400.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 100.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 415.00 |
| 10. | **Personal care products and services** | | 10. | $ | 175.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 175.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 325.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 150.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 600.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 33.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 100.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | | 21. | +$ | 0.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 5,021.04 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 5,021.04 |

| | | | | |
|---|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 5,246.27 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 5,021.04 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 225.23 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1    **Fitzroy Simeon Lewis**
First Name    Middle Name    Last Name

Debtor 2    **Heather Ann Lewis**
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number    **1:21-bk-00032**
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Fitzroy Simeon Lewis**
**Fitzroy Simeon Lewis**
Signature of Debtor 1

Date **January 18, 2021**

X **/s/ Heather Ann Lewis**
**Heather Ann Lewis**
Signature of Debtor 2

Date **January 18, 2021**

| Debtor 1 | **Fitzroy Simeon Lewis** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Heather Ann Lewis** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number 1:21-bk-00032
(if known)

☐ Check if this is an
amended filing

# Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $0.00 | ■ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $29,285.03 | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $14,231.05 |
| **For the calendar year before that:** (January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $35,624.00 | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**

   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No

   ■ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2020 ) | **Unemployment Compensation** | $4,498.00 | | |

---

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ☐ No. Go to line 7.

   ☐ Yes List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ■ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No. Go to line 7.

   ■ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Westlake Financial Services**<br>**Attn: Bankruptcy**<br>**PO Box 76809**<br>**Los Angeles, CA 90054** | **$250.00 - 12/25/20**<br>**$260.00 - 12/03/20**<br>**$250.00 - 11/03/20**<br>**$250.00 - 10/23/20** | **$1,010.00** | **$3,994.18** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Bank of America**<br>**Attn: Bankruptcy**<br>**4909 Savarese Circle**<br>**Tampa, FL 33634** | **$741.37 -**<br>**December 2020** | **$741.37** | **$119,564.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Discover Bank, Plaintiff vs.**<br>**Fitzroy Lewis, Defendant**<br>**2019-01240** | **Civil - Collection** | **Court of Common Pleas -**<br>**Lebanon Co.**<br>**400 South 8th Street**<br>**Lebanon, PA 17042** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment received for**<br>**Plaintiff** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ■ No. Go to line 11.
- ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
- ■ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
- ■ No
- ☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
- ■ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
- ☐ No
- ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Dust to Daylight, Inc. 889 Tulpehocken Road Myerstown, PA 17067 | Cash | 03/19 - present | $12,604.15 |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ■ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | | |

**Part 7:** List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Imblum Law Offices PC<br>4615 Derry Street<br>Harrisburg, PA 17111<br>gary.imblum@imblumlaw.com<br>Mid Penn Legal Services | **Attorney Fees** | **Retainer fee in the amount of $1,400.00 includes the following fees: tri-merge credit report and filing fee.** | **$1,400.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Ruggero Law Firm, PC** | **(4) payments of $350.00/monthly in 2020** | | **$1,400.00** |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

| Part 9: | Identify Property You Hold or Control for Someone Else |

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
| --- | --- | --- | --- |

| Part 10: | Give Details About Environmental Information |

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |

**25.   Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|

**26.   Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|

<p style="background:black;color:white;display:inline">Part 11:</p>   **Give Details About Your Business or Connections to Any Business**

**27.   Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Dust to Daylight, Inc.**<br>**889 Tulpehocken Road**<br>**Myerstown, PA 17067** | **Charitable Organization** | EIN:   **83-2623330**<br><br>From-To   **2018 - present** |

**28.   Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

<p style="background:black;color:white;display:inline">Part 12:</p>   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Fitzroy Simeon Lewis | /s/ Heather Ann Lewis |
|---|---|
| **Fitzroy Simeon Lewis** | **Heather Ann Lewis** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |

Date   **January 18, 2021**           Date   **January 18, 2021**

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

Debtor 1    **Fitzroy Simeon Lewis**

Debtor 2    **Heather Ann Lewis**
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle District of Pennsylvania

Case number   **1:21-bk-00032**
(if known)

Check as directed in lines 17 and 21:

According to the calculations required by this Statement:

- ■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

- ☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

- ■ 3. The commitment period is 3 years.

- ☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**04/20**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1:   Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.
   - ☐ **Not married.** Fill out Column A, lines 2-11.
   - ■ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $   **3,343.55** | $   **1,241.95** |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $   0.00 | $   0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $   0.00 | $   0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $   0.00 | | | |
| Ordinary and necessary operating expenses | -$   0.00 | | | |
| Net monthly income from a business, profession, or farm | $   0.00 | Copy here -> | $   0.00 | $   0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $   0.00 | | | |
| Ordinary and necessary operating expenses | -$   0.00 | | | |
| Net monthly income from rental or other real property | $   0.00 | Copy here -> | $   0.00 | $   0.00 |

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ | 173.00 |
|---|---|---|
| For your spouse | $ | 0.00 |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | $ 0.00 | $ 0.00 |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | $ 0.00 | $ 0.00 |
|---|---|---|
| | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ **3,343.55** + $ **1,241.95** = $ **4,585.50**

**Total average monthly income**

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |
|---|---|

12. **Copy your total average monthly income from line 11.** .................................................. $ **4,585.50**

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☑ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

| | $ |
|---|---|
| | $ |
| | + $ |
| Total | $ 0.00 | Copy here=> | - 0.00 |

14. **Your current monthly income.** Subtract line 13 from line 12.

$ **4,585.50**

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=>

$ **4,585.50**

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 1:21-bk-00032-HWV    Doc 10    Filed 01/18/21    Entered 01/18/21 13:59:18    Desc
Main Document     Page 102 of 110

Multiply line 15a by 12 (the number of months in a year).

**x** 12

15b. The result is your current monthly income for the year for this part of the form. .........................................

$ **55,026.00**

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    **page 3**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 1:21-bk-00032-HWV     Doc 10     Filed 01/18/21     Entered 01/18/21 13:59:18     Desc

Main Document      Page 103 of 110

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live. **PA**

16b. Fill in the number of people in your household. **7**

16c. Fill in the median family income for your state and size of household. $ **130,857.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ■ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
|---|---|

**18. Copy your total average monthly income from line 11 .** $ **4,585.50**

**19. Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. -$ **0.00**

19b. **Subtract line 19a from line 18.** $ **4,585.50**

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b $ **4,585.50**

Multiply by 12 (the number of months in a year). **x 12**

20b. The result is your current monthly income for the year for this part of the form. $ **55,026.00**

20c. Copy the median family income for your state and size of household from line 16c $ **130,857.00**

**21. How do the lines compare?**

■ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| **Part 4:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Fitzroy Simeon Lewis**                           X **/s/ Heather Ann Lewis**
**Fitzroy Simeon Lewis**                                        **Heather Ann Lewis**
Signature of Debtor 1                                               Signature of Debtor 2

Date **January 18, 2021**                                      Date **January 18, 2021**
  MM / DD / YYYY                                                      MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Official Form 122C-1     **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**     **page 4**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

      domestic support obligations,

      most student loans,

      certain taxes,

      debts for fraud or theft,

      debts for fraud or defalcation while acting in a fiduciary capacity,

      most criminal fines and restitution obligations,

      certain debts that are not listed in your bankruptcy papers,

      certain debts for acts that caused death or personal injury, and

      certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Fitzroy Simeon Lewis**
**Heather Ann Lewis**

                                     Debtor(s)

Case No.

Chapter   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **see 5d below** |
| Prior to the filing of this statement I have received | $ | **997.00** |
| Balance Due | $ | **see 5d below** |

2.   The source of the compensation paid to me was:

      ☐ Debtor     ☑ Other (specify):   **Mid Penn Legal Services**

3.   The source of compensation to be paid to me is:

      ☑ Debtor     ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
         **(Lodestar) SUPPLEMENT TO NUMBER 1, ABOVE:**

         **Debtor's counsel will keep a record of all time invested in this case by counsel and paralegals. The hourly rate for Debtor's counsel is $295.00 per hour. The hourly rate for associate counsel is $235.00 per hour. The hourly rate for paralegal time is $135.00 per hour. These hourly rates are subject to revision at the end of each calendar year.**

         **In addition to fees, Debtor(s) will be responsible for expenses, including photo copying, travel (where applicable), postage, court costs, filing fees, and similar expenses which are incurred by counsel in the course of performing services for the Debtor(s).**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| _____ | */s/ Gary J. Imblum* |
| *Date* | **Gary J. Imblum** |
| | *Signature of Attorney* |
| | **Imblum Law Offices PC** |
| | **4615 Derry Street** |
| | **Harrisburg, PA 17111** |
| | **717-238-5250  Fax: 717-558-8990** |
| | **gary.imblum@imblumlaw.com** |
| | *Name of law firm* |

**United States Bankruptcy Court**
**Middle District of Pennsylvania**

In re    **Fitzroy Simeon Lewis**
         **Heather Ann Lewis**                                      Case No.    **1:21-bk-00032**

                                             Debtor(s)        Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **January 18, 2021**                 **/s/ Fitzroy Simeon Lewis**
                                             **Fitzroy Simeon Lewis**
                                             Signature of Debtor

Date:    **January 18, 2021**                 **/s/ Heather Ann Lewis**
                                             **Heather Ann Lewis**
                                             Signature of Debtor