The Sexual Assault Resource & Counseling
Center of Lebanon & Schuylkill
P.O. Box 836
Lebanon, PA 17042

**Earnings Statement**

Check Date: December 30, 2020
Period Beginning: December 07, 2020
Period Ending: December 20, 2020

Fitzroy Lewis    Employee Number   91

Location   100    Voucher Number   6226
Department   10    Net Pay   1,852.43

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| VOCA | 23.35 | 70.00 | 1634.64 | 301.00 | 7028.95 |
| Bonus | 0.00 | | 500.00 | | 500.00 |
| Hol | | | | 14.00 | 326.93 |
| **Total Gross Pay** | | 70.00 | 2134.64 | 315.00 | 7855.88 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 2102.06 | 30.48 | 112.97 |
| OASDI | | 2102.06 | 130.32 | 483.02 |
| PA SUI - EE | | 2134.64 | 1.28 | 4.71 |
| Jackson T. | | 2102.06 | 21.02 | 77.91 |
| Lebanon C.(Lebanon)( | | 2134.64 | 2.00 | 10.00 |
| Pennsylvania SITW | | 2102.06 | 64.53 | 239.16 |
| Federal Income Tax | M | 2102.06 | | |
| **Total Tax Withholding** | | | 249.63 | 927.77 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Pre Health | 30.00 | 60.00 |
| Pre Vision | 2.58 | 5.16 |
| **Total Deductions** | 32.58 | 65.16 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx1938 | xxxxxxxxx3542 | 1852.43 |
| **Total Direct Deposits** | | 1852.43 |

## Earnings Statement

The Sexual Assault Resource & Counseling
Center of Lebanon & Schuylkill
P.O. Box 836
Lebanon, PA 17042

Check Date: December 16, 2020
Period Beginning: November 23, 2020
Period Ending: December 06, 2020

Fitzroy Lewis    Employee Number   91

| Location | 100 | Voucher Number | 6201 |
|---|---|---|---|
| Department | 10 | Net Pay | 1,411.32 |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| VOCA | 23.35 | 56.00 | 1307.71 | 231.00 | 5394.31 |
| Hol | 23.35 | 14.00 | 326.93 | 14.00 | 326.93 |
| **Total Gross Pay** | | 70.00 | 1634.64 | 245.00 | 5721.24 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1602.06 | 23.23 | 82.49 |
| OASDI | | 1602.06 | 99.33 | 352.70 |
| PA SUI - EE | | 1634.64 | 0.98 | 3.43 |
| Jackson T. | | 1602.06 | 16.02 | 56.89 |
| Lebanon C.(Lebanon)X | | 1634.64 | 2.00 | 8.00 |
| Pennsylvania SITW | | 1602.06 | 49.18 | 174.63 |
| Federal Income Tax  M | | 1602.06 | | |
| **Total Tax Withholding** | | | 190.74 | 678.14 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Pre Health | 30.00 | 30.00 |
| Pre Vision | 2.58 | 2.58 |
| **Total Deductions** | 32.58 | 32.58 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx1938 | xxxxxxxxx3542 | 1411.32 |
| **Total Direct Deposits** | | 1411.32 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | | Dollars |
|---|---|---|---|

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

---

The Sexual Assault Resource & Counseling
Center of Lebanon & Schuylkill
P.O. Box 836
Lebanon, PA 17042

**Direct Deposit Advice**

| Check Date | Voucher Number |
|---|---|
| December 16, 2020 | 6201 |

### ***This is not a check***

100-10  91 6201 3
Fitzroy Lewis
889 Tulpehocken Rd
Myerstown, PA 17067

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & WATERMARK. HOLD AT AN ANGLE TO TEST. VOID IS NOT PRESENT.

The Sexual Assault Resource & Counseling  
Center of Lebanon & Schuylkill  
P.O. Box 836  
Lebanon, PA 17042

**Earnings Statement**

Check Date: December 02, 2020  
Period Beginning November 09, 2020  
Period Ending: November 22, 2020

Fitzroy Lewis     Employee Number    91

Location 100    Voucher Number    6177  
Department 10    Net Pay    1,440.07

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| VOCA | 23.35 | 70.00 | 1634.64 | 175.00 | 4086.60 |
| Total Gross Pay | | 70.00 | 1634.64 | 175.00 | 4086.60 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1634.64 | 23.71 | 59.26 |
| OASDI | | 1634.64 | 101.35 | 253.37 |
| PA SUI - EE | | 1634.64 | 0.98 | 2.45 |
| Jackson T. | | 1634.64 | 16.35 | 40.87 |
| Lebanon C.(Lebanon)( | | 1634.64 | 2.00 | 6.00 |
| Pennsylvania SITW | | 1634.64 | 50.18 | 125.45 |
| Federal Income Tax | M | 1634.64 | | |
| Total Tax Withholding | | | 194.57 | 487.40 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx1938 | xxxxxxxxx3542 | 1440.07 |
| Total Direct Deposits | | 1440.07 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

Accruals     Dollars

▽ REMOVE DOCUMENT ALONG THIS PERFORATION ▽

The Sexual Assault Resource & Counseling  
Center of Lebanon & Schuylkill  
P.O. Box 836  
Lebanon, PA 17042

Direct Deposit Advice  
Check Date    Voucher Number  
December 02, 2020    6177

# ***This is not a check***

100-10   91 6177 3  
**Fitzroy Lewis**  
889 Tulpehocken Rd  
Myerstown, PA 17067

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING BACK HAS THERMOCHROMIC INK & A WATERMARK HOLD AT AN ANGLE TO VIEW VOID IF NOT PRESENT

The Sexual Assault Resource & Counseling
Center of Lebanon & Schuylkill
P.O. Box 836
Lebanon, PA 17042

**Earnings Statement**

Check Date: November 18, 2020
Period Beginning: October 26, 2020
Period Ending: November 08, 2020

Fitzroy Lewis   Employee Number  91

| Location | 100 | Voucher Number | 6153 |
| Department | 10 | Net Pay | 1,440.08 |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| VOCA | 23.35 | 70.00 | 1634.64 | 105.00 | 2451.96 |
| **Total Gross Pay** | | 70.00 | 1634.64 | 105.00 | 2451.96 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1634.64 | 23.70 | 35.55 |
| OASDI | | 1634.64 | 101.35 | 152.02 |
| PA SUI - EE | | 1634.64 | 0.98 | 1.47 |
| Jackson T. | | 1634.64 | 16.35 | 24.52 |
| Lebanon C.(Lebanon)( | | 1634.64 | 2.00 | 4.00 |
| Pennsylvania SITW | | 1634.64 | 50.18 | 75.27 |
| Federal Income Tax | M | 1634.64 | | |
| **Total Tax Withholding** | | | 194.56 | 292.83 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx1938 | xxxxxxxxx3542 | 1440.08 |
| **Total Direct Deposits** | | 1440.08 |

| Employee Name: | Heather A. Lewis | | | | | | | | | 12/29/2020 | | V5615 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Earnings | | | Benefits | | Deductions | | | Leave | | |
| Code | Rate | Hours | Amount | Code | Amount | Code | Amount | Code | Accrued | Taken | Balance | |
| Serv | 19.28 | 18.11 | 349.16 | | | 403B 2 | 8.48 | | | | | |
| Serv | 19.28 | 2.89 | 55.72 | | | | | | | | | |
| QC | 19.28 | 1.00 | 19.28 | | | | | | | | | |

| | | Taxes | | |
|---|---|---|---|---|
| Code | Current | YTD | YTD Tax Earnings | |
| FIT | 0.00 | 0.00 | 13,946.43 | |
| SS | 26.30 | 882.33 | 14,231.05 | |
| MC | 6.15 | 206.37 | 14,231.05 | |
| SWT-PA | 13.02 | 436.90 | 14,231.05 | |
| LWT-CD7 | 4.24 | 142.32 | 14,231.05 | |
| SUTA-PA | 0.26 | 8.54 | 14,231.05 | |

— Workers' Comp —

| Pay Period: | 12/13/2020 - 12/26/2020 | | Totals | | | | |
|---|---|---|---|---|---|---|---|
| | | Earnings | 424.16 | Benefits | 0.00 | Taxes | 49.97 |
| | | Deductions | 8.48 | Workers' Comp | 0.00 | Net Pay | 365.71 |



**Real Alternatives**

1 - 888 - LIFE - AID

7810 Allentown Blvd, Suite 304
Harrisburg, PA 17112

Heather A. Lewis
889 Tulpehocken Road
Myerstown, PA 17067

VOID

| Employee Name: | Heather A. Lewis | | | | | | | | | 12/29/2020 | | V5615 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Earnings | | | Benefits | | Deductions | | | Leave | | |
| Code | Rate | Hours | Amount | Code | Amount | Code | Amount | Code | Accrued | Taken | Balance | |
| Serv | 19.28 | 18.11 | 349.16 | | | 403B 2 | 8.48 | | | | | |
| Serv | 19.28 | 2.89 | 55.72 | | | | | | | | | |
| QC | 19.28 | 1.00 | 19.28 | | | | | | | | | |

| | | Taxes | | |
|---|---|---|---|---|
| Code | Current | YTD | YTD Tax Earnings | |
| FIT | 0.00 | 0.00 | 13,946.43 | |
| SS | 26.30 | 882.33 | 14,231.05 | |
| MC | 6.15 | 206.37 | 14,231.05 | |
| SWT-PA | 13.02 | 436.90 | 14,231.05 | |
| LWT-CD7 | 4.24 | 142.32 | 14,231.05 | |
| SUTA-PA | 0.26 | 8.54 | 14,231.05 | |

— Workers' Comp —

| Pay Period: | 12/13/2020 - 12/26/2020 | | Totals | | | | |
|---|---|---|---|---|---|---|---|
| | | Earnings | 424.16 | Benefits | 0.00 | Taxes | 49.97 |
| | | Deductions | 8.48 | Workers' Comp | 0.00 | Net Pay | 365.71 |

Employee Name: Heather A. Lewis   12/15/2020   V5607

| Code | Rate | Earnings Hours | Amount | Benefits Code | Amount | Deductions Code | Amount | Leave Code | Accrued | Taken | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| QC | 19.28 | 4.96 | 95.63 | | | 403B 2 | 5.01 | | | | |
| QC | 19.28 | 0.79 | 15.23 | | | | | | | | |
| Serv | 19.28 | 4.31 | 83.10 | | | | | | | | |
| Serv | 19.28 | 0.69 | 13.30 | | | | | | | | |
| QC | 19.28 | 1.75 | 33.74 | | | | | | | | |
| NatAdv | 19.28 | 0.50 | 9.64 | | | | | | | | |

| Code | Taxes Current | YTD | YTD Tax Earnings |
|---|---|---|---|
| FIT | 0.00 | 0.00 | 13,530.75 |
| SS | 15.54 | 856.03 | 13,806.89 |
| MC | 3.63 | 200.22 | 13,806.89 |
| SWT-PA | 7.69 | 423.88 | 13,806.89 |
| LWT-CD7 | 2.51 | 138.08 | 13,806.89 |
| SUTA-PA | 0.15 | 8.28 | 13,806.89 |

—Workers' Comp—

Pay Period: 11/29/2020 - 12/12/2020

Totals
| Earnings | 250.64 | Benefits | 0.00 | Taxes | 29.52 |
|---|---|---|---|---|---|
| Deductions | 5.01 | Workers' Comp | 0.00 | Net Pay | 216.11 |



**Real Alternatives**
*Empowering Women for Life*

**1 - 888 - LIFE - AID**

7810 Allentown Blvd, Suite 304
Harrisburg, PA 17112

Heather A. Lewis
889 Tulpehocken Road
Myerstown, PA 17067

**VOID**

Employee Name: Heather A. Lewis   12/15/2020   V5607

| Code | Rate | Earnings Hours | Amount | Benefits Code | Amount | Deductions Code | Amount | Leave Code | Accrued | Taken | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| QC | 19.28 | 4.96 | 95.63 | | | 403B 2 | 5.01 | | | | |
| QC | 19.28 | 0.79 | 15.23 | | | | | | | | |
| Serv | 19.28 | 4.31 | 83.10 | | | | | | | | |
| Serv | 19.28 | 0.69 | 13.30 | | | | | | | | |
| QC | 19.28 | 1.75 | 33.74 | | | | | | | | |
| NatAdv | 19.28 | 0.50 | 9.64 | | | | | | | | |

| Code | Taxes Current | YTD | YTD Tax Earnings |
|---|---|---|---|
| FIT | 0.00 | 0.00 | 13,530.75 |
| SS | 15.54 | 856.03 | 13,806.89 |
| MC | 3.63 | 200.22 | 13,806.89 |
| SWT-PA | 7.69 | 423.88 | 13,806.89 |
| LWT-CD7 | 2.51 | 138.08 | 13,806.89 |
| SUTA-PA | 0.15 | 8.28 | 13,806.89 |

—Workers' Comp—

Pay Period: 11/29/2020 - 12/12/2020

Totals
| Earnings | 250.64 | Benefits | 0.00 | Taxes | 29.52 |
|---|---|---|---|---|---|
| Deductions | 5.01 | Workers' Comp | 0.00 | Net Pay | 216.11 |

| Employee Name: | Heather A. Lewis | | | | | | | | | 12/01/2020 | V5599 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Earnings | | | Benefits | | Deductions | | | Leave | | |
| Code | Rate | Hours | Amount | Code | Amount | Code | Amount | Code | Accrued | Taken | Balance |
| Serv | 19.28 | 18.76 | 361.69 | | | 403B 2 | 9.35 | | | | |
| Serv | 19.28 | 2.99 | 57.65 | | | | | | | | |
| Serv | 19.28 | 2.00 | 38.56 | | | | | | | | |
| NatAdv | 19.28 | 0.50 | 9.64 | | | | | | | | |

| | | Taxes | | |
|---|---|---|---|---|
| Code | Current | | YTD | YTD Tax Earnings |
| FIT | 0.00 | | 0.00 | 13,285.12 |
| SS | 28.99 | | 840.49 | 13,556.25 |
| MC | 6.78 | | 196.59 | 13,556.25 |
| SWT-PA | 14.35 | | 416.19 | 13,556.25 |
| LWT-CD7 | 4.68 | | 135.57 | 13,556.25 |
| SUTA-PA | 0.28 | | 8.13 | 13,556.25 |

—— Workers' Comp ——

| Pay Period: | 11/15/2020 - 11/28/2020 | | | Totals | | | |
|---|---|---|---|---|---|---|---|
| | | Earnings | 467.54 | Benefits | 0.00 | Taxes | 55.08 |
| | | Deductions | 9.35 | Workers' Comp | 0.00 | Net Pay | 403.11 |



**Real Alternatives**
*Empowering Women for Life*

**1 - 888 - LIFE - AID**

7810 Allentown Blvd, Suite 304
Harrisburg, PA 17112

Heather A. Lewis
889 Tulpehocken Road
Myerstown, PA 17067

**VOID**

| Employee Name: | Heather A. Lewis | | | | | | | | | 12/01/2020 | V5599 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Earnings | | | Benefits | | Deductions | | | Leave | | |
| Code | Rate | Hours | Amount | Code | Amount | Code | Amount | Code | Accrued | Taken | Balance |
| Serv | 19.28 | 18.76 | 361.69 | | | 403B 2 | 9.35 | | | | |
| Serv | 19.28 | 2.99 | 57.65 | | | | | | | | |
| Serv | 19.28 | 2.00 | 38.56 | | | | | | | | |
| NatAdv | 19.28 | 0.50 | 9.64 | | | | | | | | |

| | | Taxes | | |
|---|---|---|---|---|
| Code | Current | | YTD | YTD Tax Earnings |
| FIT | 0.00 | | 0.00 | 13,285.12 |
| SS | 28.99 | | 840.49 | 13,556.25 |
| MC | 6.78 | | 196.59 | 13,556.25 |
| SWT-PA | 14.35 | | 416.19 | 13,556.25 |
| LWT-CD7 | 4.68 | | 135.57 | 13,556.25 |
| SUTA-PA | 0.28 | | 8.13 | 13,556.25 |

—— Workers' Comp ——

| Pay Period: | 11/15/2020 - 11/28/2020 | | | Totals | | | |
|---|---|---|---|---|---|---|---|
| | | Earnings | 467.54 | Benefits | 0.00 | Taxes | 55.08 |
| | | Deductions | 9.35 | Workers' Comp | 0.00 | Net Pay | 403.11 |

Heather's Pay stubs.

Employee Name:   Heather A. Lewis                                                                  11/17/2020          V5591

| | Earnings | | | Benefits | | Deductions | | Leave | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Code | Amount | Code | Accrued | Taken | Balance |
| Serv | 19.28 | 16.60 | 320.05 | | | 403B 2 | 8.77 | | | | |
| Serv | 19.28 | 2.65 | 51.09 | | | | | | | | |
| Serv | 19.28 | 1.50 | 28.92 | | | | | | | | |
| NatAdv | 19.28 | 2.00 | 38.56 | | | | | | | | |

| | Taxes | | |
|---|---|---|---|
| Code | Current | YTD | YTD Tax Earnings |
| FIT | 0.00 | 0.00 | 12,826.93 |
| SS | 27.19 | 811.50 | 13,088.71 |
| MC | 6.36 | 189.81 | 13,088.71 |
| SWT-PA | 13.47 | 401.84 | 13,088.71 |
| LWT-CD7 | 4.39 | 130.89 | 13,088.71 |
| SUTA-PA | 0.26 | 7.85 | 13,088.71 |

— Workers' Comp —

Totals

Pay Period:   11/01/2020 - 11/14/2020

| Earnings | 438.62 | Benefits | 0.00 | Taxes | 51.67 |
|---|---|---|---|---|---|
| Deductions | 8.77 | Workers' Comp | 0.00 | Net Pay | 378.18 |



**Real Alternatives**
*Empowering Women for Life*

**1 – 888 – LIFE – AID**

7810 Allentown Blvd, Suite 304
Harrisburg, PA 17112

Heather A. Lewis
889 Tulpehocken Road
Myerstown, PA 17067



Employee Name:   Heather A. Lewis                                                                  11/17/2020          V5591

| | Earnings | | | Benefits | | Deductions | | Leave | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Code | Amount | Code | Accrued | Taken | Balance |
| Serv | 19.28 | 16.60 | 320.05 | | | 403B 2 | 8.77 | | | | |
| Serv | 19.28 | 2.65 | 51.09 | | | | | | | | |
| Serv | 19.28 | 1.50 | 28.92 | | | | | | | | |
| NatAdv | 19.28 | 2.00 | 38.56 | | | | | | | | |

| | Taxes | | |
|---|---|---|---|
| Code | Current | YTD | YTD Tax Earnings |
| FIT | 0.00 | 0.00 | 12,826.93 |
| SS | 27.19 | 811.50 | 13,088.71 |
| MC | 6.36 | 189.81 | 13,088.71 |
| SWT-PA | 13.47 | 401.84 | 13,088.71 |
| LWT-CD7 | 4.39 | 130.89 | 13,088.71 |
| SUTA-PA | 0.26 | 7.85 | 13,088.71 |

— Workers' Comp —

Totals

Pay Period:   11/01/2020 - 11/14/2020

| Earnings | 438.62 | Benefits | 0.00 | Taxes | 51.67 |
|---|---|---|---|---|---|
| Deductions | 8.77 | Workers' Comp | 0.00 | Net Pay | 378.18 |