Certificate Number: 12433-PAM-DE-035289652

Bankruptcy Case Number: 21-00032



12433-PAM-DE-035289652

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 21, 2021</u>, at <u>12:37</u> o'clock <u>PM EST</u>, <u>Fitzroy Lewis</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>January 21, 2021</u>

By: <u>/s/Candace Jones</u>

Name: <u>Candace Jones</u>

Title: <u>Counselor</u>

Certificate Number: 12433-PAM-DE-035289653

Bankruptcy Case Number: 21-00032


12433-PAM-DE-035289653

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 21, 2021, at 12:37 o'clock PM EST, Heather Lewis completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 21, 2021      By: /s/Candace Jones

Name: Candace Jones

Title: Counselor