# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: gary.imblum@imblumlaw.com

**Telephone**
717.238.5250
**Facsimile**
717.558.8990

April 16, 2021

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Fitzroy Simeon Lewis & Heather Ann Lewis
Chapter 13 Bankruptcy Case No. 1-21-00032-HWV
vs. Discover Bank

Dear Clerk:

Please issue a certified Order Avoiding Judgment Lien in the above matter. The Docket Number of the Order is 28.

Very truly yours,

IMBLUM LAW OFFICES, P.C.

/s/ Gary J. Imblum

Gary J. Imblum

GJI/cvs

F:\BANKRUPT\CLIENTS\LEBANON\LEWIS_Fitzroy & Heather (L) 2020\PLEADINGS AND CREDITORS\Discover - Avoid Lien\04-16-21 Bk4Request (Certified Order).ltr.wpd

Case 1:21-bk-00032-HWV   Doc 29   Filed 04/16/21   Entered 04/16/21 15:10:58   Desc
Main Document    Page 1 of 1