United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-00032-HWV |
| Fitzroy Simeon Lewis | Chapter 13 |
| Heather Ann Lewis | |
| Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 16, 2021 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| | Michael J. Dougherty, Esquire, Weltman, Weinberg & Reis, CO, L.P.A., 170 S. Independence Mall W, Ste 874W, Philadelphia, PA 19106-3334 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5383919 | + Email/Text: mrdiscen@discover.com | Apr 16 2021 18:59:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Gary J Imblum | on behalf of Plaintiff Fitzroy Simeon Lewis gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | |

| | |
|---|---|
| Gary J Imblum | on behalf of Plaintiff Heather Ann Lewis gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Heather Ann Lewis gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 Fitzroy Simeon Lewis gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Rebecca Ann Solarz | on behalf of Creditor Towd Point Mortgage Trust 2019-SJ1 U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Defendant Towd Point Mortgage Trust 2019-1 U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. bkgroup@kmllawgroup.com |
| Sarah K. McCaffery | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>FITZROY SIMEON LEWIS<br>HEATHER ANN LEWIS<br>      Debtors | : <br>: CASE NO. 1-21-00032-HWV<br>:<br>: CHAPTER 13<br>: |
| FITZROY SIMEON LEWIS<br>HEATHER ANN LEWIS<br>      Movants | :<br>:<br>:<br>: |
| vs. | :<br>: |
| DISCOVER BANK<br>      Respondent | :<br>: |

## ORDER AVOIDING JUDGMENT LIEN

Upon consideration of Debtors/Movants' Motion to Avoid the Judgment lien filed against certain residential real estate owned by the Debtors/Movants and Magdalene Johnson, situate at 889 Tulpehocken Road, Myerstown, Jackson Township, Lebanon County, Pennsylvania, filed by Respondent, Discover Bank, to Number 2019-01240 in Lebanon County, Pennsylvania,

**IT IS HEREBY ORDERED AND DECREED** that the Judgment lien to Number 2019-01240 held by Discover Bank in Debtors' property is hereby avoided.

A copy of this Order may be recorded in the Lebanon County Prothonotary's Office to evidence avoidance of aforementioned Judgment lien and the Prothonotary is directed to terminate the Judgment in the Judgment indices.

Dated: April 16, 2021

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)