## LOCAL BANKRUPTCY FORM 3015-3(a)

# United States Bankruptcy Court
### Middle District of Pennsylvania

In re **Fitzroy Simeon Lewis**
**Heather Ann Lewis**

Case No. 1:21-bk-00032

Debtor(s)

Chapter **13**

## CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS
*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, **Fitzroy Simeon Lewis** , upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on September 22, 2021.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: _____  BY: _____

**Gary J. Imblum**
Counsel for Debtor

DATED: _____  BY: _____

**Fitzroy Simeon Lewis**
Debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 1:21-bk-00032-HWV    Doc 40    Filed 09/16/21    Entered 09/16/21 15:12:41    Desc
Main Document    Page 1 of 2    Doc ID: 5e77246fcb821a151fc115cb48a1c45c8fa3e958

LOCAL BANKRUPTCY FORM 3015-3(a)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Fitzroy Simeon Lewis**
**Heather Ann Lewis**

_____ Case No. <u>1:21-bk-00032</u>
                    Debtor(s)         Chapter      **13**

## CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS
*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, <u>Heather Ann Lewis</u>, upon oath or affirmation, hereby certify as follows:

1.    That the below information is being supplied for compliance with the confirmation hearing date on September 22, 2021.

2.    That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C § 1325(a)(8).

3.    That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4.    If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: _____    BY: _____
                                       **Gary J. Imblum**
                                       Counsel for Debtor

DATED: _____    BY: _____
                                       Heather Ann Lewis
                                       Debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 1:21-bk-00032-HWV    Doc 40    Filed 09/16/21    Entered 09/16/21 15:12:41    Desc
Main Document    Page 2 of 2    Doc ID: 5e77246fcb821a151fc115cb48a1c45c8fa3e958