# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>FITZROY SIMEON LEWIS<br>HEATHER ANN LEWIS | CASE NO: 1:21-bk-00032<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/23/2021, I did cause a copy of the following documents, described below,

Order Confirming Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/23/2021

/s/ Gary J. Imblum, Esquire
Gary J. Imblum, Esquire  42606

Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA  17111
717 238 5250

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

FITZROY SIMEON LEWIS
HEATHER ANN LEWIS

CASE NO: 1:21-bk-00032

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 9/23/2021, a copy of the following documents, described below,

Order Confirming Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/23/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum, Esquire
Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA 17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Fitzroy Simeon Lewis,　　　　　　　　　　　　Chapter　　　13

　　Debtor 1
　　　　　　　　　　　　　　　　　　　　　　Case No.　　1:21-bk-00032-HWV
Heather Ann Lewis,

　　Debtor 2


## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on August 10, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: September 22, 2021　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　　*Henry W. Van Eck*

　　　　　　　　　　　　　　　　　　　　　　Honorable Henry W. Van Eck
　　　　　　　　　　　　　　　　　　　　　　Chief Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　　　By: PamelaRadginski, Deputy Clerk

orcnfpln(05/18)

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-21-BK-00032-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
THU SEP 23 11-24-52 EDT 2021

BANK OF AMERICA NA
CO JILL MANUELCOUGHLIN ESQUIRE
EIGHT NESHAMINY INTERPLEX SUITE 215
TREVOSE PA 19053-6980

BANK OF AMERICA
ATTN BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA FL 33634-2413

BANK OF AMERICA NA
PO BOX 31785
TAMPA FL 33631-3785

BARCLAYS BANK DELAWARE
ATTN BANKRUPTCY
PO BOX 8801
WILMINGTON DE 19899-8801

CAVALRY SPV I LLC
500 SUMMIT LAKE DRIVE STE 400
VALHALLA NY 10595-2321

CITIBANK
CO CAVALRY PORTFOLIO SERVICES
500 SUMMIT LAKE SUITE 400
VALHALLA NY 10595-2321

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OHIO 43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

FED LOAN SERVICING
ATTN BANKRUPTCY
PO BOX 69184
HARRISBURG PA 17106-9184

HEARTLAND ECSI
PO BOX 1278
WEXFORD PA 15090-1278

EXCLUDE
GARY J IMBLUM
IMBLUM LAW OFFICES PC
4615 PERRY STREET
HARRISBURG PA 17111-2660

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA PA 19101-7346

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

DEBTOR
FITZROY SIMEON LEWIS
889 TULPEHOCKEN ROAD
MYERSTOWN PA 17067-2246

HEATHER ANN LEWIS
889 TULPEHOCKEN ROAD
MYERSTOWN PA 17067-2246

MOHELA
ATTN BANKRUPTCY
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

JILL MANUEL COUGHLIN
POWERS KIRN LLC
EIGHT NESHAMINY INTERPLEX
SUITE 215
TREVOSE PA 19053-6980

SARAH K MCCAFFERY
POWERS KIRN LLC
8 NESHAMINY INTERPLEX
SUITE 215
TREVOSE PA 19053-6980

NAVIENT
ATTN BANKRUPTCY
PO BOX 9640
WILKES BARRE PA 18773-9640

NAVIENT SOLUTIONS LLC ON BEHALF OF
ASCENDIUM EDUCATION SOLUTIONS INC
PO BOX 8961
MADISON WI 53708-8961

PA DEPT OF REVENUE
ATTN BANKRUPTCY DIVISION
DEPT 280946
HARRISBURG PA 17128-0946

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG PA 17128-0946

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

HARRY B REESE
POWERS KIRN LLC
8 NESHAMINY INTERPLEX
SUITE 215
TREVOSE PA 19053-6980

SELECT PORTFOLIO SERVICING INC
ATTN BANKRUPTCY
PO BOX 65250
SALT LAKE CITY UT 84165-0250

REBECCA ANN SOLARZ
KML LAW GROUP PC
701 MARKET ST
SUITE 5000
PHILADELPHIA PA 19106-1541

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| TOWD POINT MORTGAGE TRUST 2019 SJ1 US BAN<br>CO SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | US BANK NA<br>CO PORTFOLIO RECOVERY<br>120 CORPORATE BOULEVARD<br>NORFOLK VA 23502-4952 | US DEPARTMENT OF EDUCATION<br>CO FEDLOAN SERVICING<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 |
| US DEPARTMENT OF EDUCATIONMOHELA<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | WELTMAN WEINBERG REIS CO LPA<br>170 SOUTH INDEPENDENCE MALL W<br>SUITE 874 W<br>PHILADELPHIA PA 19106-3334 |
| WESTLAKE FINANCIAL SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 76809<br>LOS ANGELES CA 90076-0809 | WESTLAKE SERVICES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

info@pamd13trustee.com

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
(Asst. U.S. Trustee)

ustpregion03.ha.ecf@usdoj.gov

(Creditor)
Towd Point Mortgage Trust 2019-SJ1, U.S. Bank National Association, as Indenture Trustee
represented by:
Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

Heather Ann Lewis
889 Tulpehocken Road
Myerstown, PA 17067
(Debtor 2)
represented by:
Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

gary.imblum@imblumlaw.com

Fitzroy Simeon Lewis
889 Tulpehocken Road
Myerstown, PA 17067
(Debtor 1)
represented by:
Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

gary.imblum@imblumlaw.com

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(Former Trustee)

dehartstaff@pamd13trustee.com

Harry B. Reese
Powers Kirn, LLC
8 Neshaminy Interplex
Suite 215
Trevose, PA 19056

harry.reese@powerskirn.com

Sarah K. McCaffery
Powers Kirn, LLC
8 Neshaminy Interplex
Suite 215
Trevose, PA 19053

sarah.mccaffery@powerskirn.com

(Creditor)
BANK OF AMERICA, N.A.
represented by:
Jill Manuel-Coughlin
Powers Kirn, LLC
Eight Neshaminy Interplex
Suite 215
Trevose, PA 19053

jill@powerskirn.com