# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Fitzroy Simeon Lewis
Heather Ann Lewis

:
:
:
:
:
:

**Debtor(s)**

:

BANK OF AMERICA, N.A.

:
:
:
:
:

**Plaintiff(s)/Movant(s)**

:

**vs.**

:

Fitzroy Simeon Lewis
Heather Ann Lewis

:
:
:
:
:
:

**Defendant(s)/Respondent(s)**

:

CHAPTER ___13___

CASE NO. 1 21 bk- 00032-HWV

ADVERSARY NO. __-__ ap-_____
(if applicable)

Nature of Proceeding: Hearing for

Motion for Relief

Document #: 47

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Movant is in the process of reviewing Loss Mitigation and need additional time to finalize the terms.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 11/23/2021

/s/ Jill Manuel-Coughlin

Attorney for Bank of America, N.A.

Name: Jill Manuel-Coughlin

Phone Number: 215-942-2090

---

[1] No alterations or interlineations of this document are permitted.