LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Fitzroy Simeon Lewis<br>Heather Ann Lewis<br>**Debtor(s)**<br><br>BANK OF AMERICA, N.A.<br>**Movant**<br>v.<br><br>Fitzroy Simeon Lewis<br>Heather Ann Lewis<br><br>Jack N. Zaharopoulos, Esq., Trustee<br>**Debtors/Respondents** | CHAPTER 13<br><br>CASE NO. 21-00032 HWV<br><br>Nature of Proceeding:<br><br>Motion for Relief from Stay<br><br>Document #: 47 |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance: The parties are in the process of negotiating a stipulation and need additional time to finalize the terms.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: January 03, 2022   /s/ Sarah McCaffery, Esquire
             Sarah McCaffery, Esquire
             Attorney for Movant
             Phone Number: 215-942-2090

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.