United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 21-00032-HWV
Fitzroy Simeon Lewis  Chapter 13
Heather Ann Lewis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 16, 2022     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

**Recip ID     Recipient Name and Address**
+   Magdalene Johnson, 889 Tulpehocken Road, Myerstown, PA 17067-2246

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2022     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:

**Name     Email Address**

Gary J Imblum
    on behalf of Plaintiff Heather Ann Lewis gary.imblum@imblumlaw.com
    gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Gary J Imblum
    on behalf of Debtor 2 Heather Ann Lewis gary.imblum@imblumlaw.com
    gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Gary J Imblum
    on behalf of Debtor 1 Fitzroy Simeon Lewis gary.imblum@imblumlaw.com
    gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Gary J Imblum

| | |
|---|---|
| | on behalf of Plaintiff Fitzroy Simeon Lewis gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Harry B. Reese | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Rebecca Ann Solarz | on behalf of Creditor Towd Point Mortgage Trust 2019-SJ1 U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Defendant Towd Point Mortgage Trust 2019-1 U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. bkgroup@kmllawgroup.com |
| Sarah K. McCaffery | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br>Fitzroy Simeon Lewis<br>Heather Ann Lewis<br>Magdalene Johnson (Co-Debtor)<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>1:21-bk-00032 HWV |
|---|---|
| BANK OF AMERICA, N.A.<br>Movant<br>v.<br>Fitzroy Simeon Lewis<br>Heather Ann Lewis<br>Magdalene Johnson (Co-Debtor)<br>and<br>Jack N. Zaharopoulos, Esquire<br>Respondents | |

## ORDER APPROVING STIPULATION

Upon consideration of the Stipulation Resolving BANK OF AMERICA, N.A.'s Motion for Relief from the Automatic Stay said Stipulation is hereby approved by the Court.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 16, 2022