IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| FITZROY SIMEON LEWIS | : | CASE NO. 1:21-bk-00032-HWV |
| HEATHER ANN LEWIS | : | |
| Debtors | : | CHAPTER 13 |

## WITHDRAWAL OF DEBTORS' THIRD APPLICATION OF ATTORNEY FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Debtors hereby withdraw their Motion for Approval of Attorneys Fees (Third) in the above matter.

Respectfully submitted,

**IMBLUM LAW OFFICES, P.C.**

_____
Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
Gary.Imblum@imblumlaw.com
Attorney for Debtors

Dated: 10/27/23

# CERTIFICATE OF SERVICE

I, Carol V. Shay, Paralegal, hereby certify that I have served a copy of the foregoing **WITHDRAWAL OF DEBTORS' THIRD APPLICATION OF ATTORNEY FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES** on the following person(s) by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania addressed to:

Jack N. Zaharopoulos, Esquire
Chapter 13 Trustee
Via E-Service

United States Trustee
Via E-Service

IMBLUM LAW OFFICES, P.C.

*Carol V. Shay*
Carol V. Shay, Paralegal
4615 Derry Street
Harrisburg PA 17111
717 238-5250
Fax No. (717) 558-8990
Gary.Imblum@imblumlaw.com
For Debtors

Dated: 10/27/2023