UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:   CASE NO.: 21-00032
   CHAPTER 13

Fitzroy Simeon Lewis,
   Debtor.

Heather Ann Lewis,
   Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of FirstKey Master Funding 2021-A Collateral Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                   Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                   Attorney for Secured Creditor
                   13010 Morris Rd., Suite 450
                   Alpharetta, GA  30004
                   Telephone: 470-321-7112
                   Facsimile: 404-393-1425

                   By: /s/Michelle L. McGowan, Esq.
                       Michelle L. McGowan, Esq.
                       Email: mimcgowan@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on September 3, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

FITZROY SIMEON LEWIS
889 TULPEHOCKEN ROAD
MYERSTOWN, PA 17067

HEATHER ANN LEWIS
889 TULPEHOCKEN ROAD
MYERSTOWN, PA 17067

And via electronic mail to:

IMBLUM LAW OFFICES, P.C.
4615 DERRY STREET
HARRISBURG, PA 17111

IMBLUM LAW OFFICES, P.C.
4615 DERRY STREET
HARRISBURG, PA 17111

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

                                                                               By: /s/ Amber Matas