United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Fitzroy Simeon Lewis  
Heather Ann Lewis  
    Debtors

Case No. 21-00032-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Sep 29, 2025 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Fitzroy Simeon Lewis, Heather Ann Lewis, 889 Tulpehocken Road, Myerstown, PA 17067-2246 |
| 5384827 | + | BANK OF AMERICA, N.A., c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 5383920 | + | Fed Loan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 5383921 | + | Heartland ECSI, PO Box 1278, Wexford, PA 15090-1278 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: BANKAMER | Sep 29 2025 22:43:00 | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 29 2025 18:42:00 | FirstKey Master Funding 2021-A Collateral Trust, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5661801 | | EDI: MAXMSAIDV | Sep 29 2025 22:43:00 | Aidvantage on behalf of, Dept of Ed Loan Services, P.O. Box 300001, Greenville, TX 75403-3001 |
| 5383916 | + | EDI: BANKAMER | Sep 29 2025 22:43:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5392643 | | EDI: BANKAMER | Sep 29 2025 22:43:00 | Bank of America, NA, PO Box 31785, Tampa, FL 33631-3785 |
| 5383917 | + | EDI: TSYS2 | Sep 29 2025 22:43:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 5384374 | + | Email/Text: bankruptcy@cavps.com | Sep 29 2025 18:42:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5383918 | + | Email/Text: bankruptcy@cavps.com | Sep 29 2025 18:42:00 | Citibank, c/o Cavalry Portfolio Services, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2321 |
| 5388177 | + | EDI: DISCOVER | Sep 29 2025 22:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 5383919 | + | EDI: DISCOVER | Sep 29 2025 22:43:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5649644 | + | Email/Text: RASEBN@raslg.com | Sep 29 2025 18:42:00 | FirstKey Master Funding 2021-A Collateral Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5383914 | | EDI: IRS.COM | Sep 29 2025 22:43:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5395091 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2025 18:51:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5383922 | | Email/Text: EBN@Mohela.com | Sep 29 2025 18:42:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5388827 | | Email/Text: EBN@Mohela.com | Sep 29 2025 18:42:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5383923 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 29 2025 18:51:28 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 5387451 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 29 2025 18:42:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 5383915 | | EDI: PENNDEPTREV | Sep 29 2025 22:43:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5393674 | | EDI: PRA.COM | Sep 29 2025 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5383924 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 29 2025 18:42:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5394379 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 29 2025 18:42:00 | Towd Point Mortgage Trust 2019-SJ1, U.S. Bank, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5383925 | + | EDI: PRA.COM | Sep 29 2025 22:43:00 | U.S. Bank, N.A., c/o Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 5389283 | ^ | MEBN | Sep 29 2025 18:37:20 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5524423 | + | Email/Text: EBN@edfinancial.com | Sep 29 2025 18:42:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5383926 | + | Email/Text: PHILAW@weltman.com | Sep 29 2025 18:42:00 | Weltman, Weinberg & Reis Co, LPA, 170 South Independence Mall W, Suite 874 W, Philadelphia, PA 19106-3334 |
| 5383927 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Sep 29 2025 18:42:00 | Westlake Financial Services, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |
| 5392261 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2025 18:51:23 | Westlake Services, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2019-SJ1 U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Fitzroy Simeon Lewis gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Plaintiff Fitzroy Simeon Lewis gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Plaintiff Heather Ann Lewis gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Heather Ann Lewis gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Harry B. Reese | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Michelle McGowan | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust mimcgowan@raslg.com |
| Rebecca Ann Solarz | on behalf of Defendant Towd Point Mortgage Trust 2019-1 U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Fitzroy Simeon Lewis <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx−xx−1305 <br> EIN  __−_____ |
| Debtor 2 <br> (Spouse, if filing) | Heather Ann Lewis <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx−xx−2563 <br> EIN  __−_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  1:21−bk−00032−HWV | | |

# Order of Discharge
12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Fitzroy Simeon Lewis                Heather Ann Lewis

**By the court:**  *(signature)*

9/29/25

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W　　　　　　　　**Chapter 13 Discharge**　　　　　　　　page 2